FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 19 P 4: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | |
| VERSUS | CIVIL ACTION NO. 00-0130 |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* | SECTION "L" |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | MAGISTRATE (2) |
| ST. JOHN FLEETING, INC., *in personam*, | |
| ST. JOHN FLEETING, L.L.C., *in personam*, | |
| ABC INSURANCE COMPANY, *in personam*, | |
| AND | |
| XYZ INSURANCE COMPANY, *in personam* | |

## PLAINTIFFS' PARTIAL MOTION OF DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come the plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., who, upon suggesting to the Court that opposing counsel has advised the plaintiffs that St. John Fleeting, L.L.C. is not a proper party to this lawsuit, respectfully request that the Court dismiss St. John Fleeting, L.L.C., without prejudice. The plaintiffs reserve their rights to proceed against all other defendants and join St. John

DATE OF ENTRY
JUN 21 2000



Fleeting, L.L.C. should it appear at a later date that St. John Fleeting, L.L.C. is a proper party to this lawsuit.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
**RICHARD A. CHOPIN, T.A. (Bar No. 4088)**
**JOHN I. GOODWIN (Bar No. 21299)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3833 *DIRECT LINE*
(504) 836-9564 *DIRECT FAX*
**Attorneys for Travelers Property Casualty and CII Carbon, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of June, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery          ( X ) Prepaid U.S. Mail
( ) Facsimile              ( ) UPS/Federal Express

TO:

Jeffrey E. Combes, Esq.
Staines & Eppling
3500 North Causeway Blvd.
Suite 820
Metairie, Louisiana 70002

George J. Nalley, Jr., Esq.
Heritage Plaza – Suite 920
111 Veterans Memorial Blvd.
Metairie, Louisiana 70005

_____
JOHN I. GOODWIN

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * |
| VERSUS | * CIVIL ACTION NO.  00-0130 |
| | * SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* | * MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | * * |
| ST. JOHN FLEETING, INC., *in personam*, | * |
| ST. JOHN FLEETING, L.L.C., *in personam*, | * |
| ABC INSURANCE COMPANY, *in personam*, | * |
| AND | * |
| XYZ INSURANCE COMPANY, *in personam* | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Upon consideration of the foregoing *Plaintiffs' Partial Motion of Dismissal Without Prejudice*,

**IT IS HEREBY ORDERED** that St. John Fleeting, L.L.C. be dismissed without prejudice with the plaintiffs' reserving all rights to proceed against the remaining defendants;

**IT IS FURTHER ORDERED** that the plaintiffs shall be permitted to name St. John Fleeting, L.L.C. as an additional defendant in this suit should it later appear after discovery and investigation that St. John Fleeting, L.L.C. is a proper defendant to the plaintiffs' lawsuit.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE