

```
UNITED STATES DISTRICT COURT
            FILED
         June 26, 2000
EASTERN DISTRICT OF LOUISIANA
        Loretta G. Whyte
              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, ET AL     CIVIL ACTION

VERSUS     NO. 00-130

BARGE MG-332, Etc, ET AL     SECTION "L"

### PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **TUESDAY, JULY 25, 2000,** at **10:15 AM,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

                         Gaylyn M. Lambert
                         Courtroom Deputy Clerk, Section L
                         504-589-7686

### NOTICE
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
__FEE_____
XXPROCESS____
XXDOCKET_____
XXCTRM DEP___
DOCUMENT NO.__
```