**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 30, 2000**



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-130** |
| **MG-332 BARGE, ET AL.** | **SECTION "L" (2)** |

A status conference in the above captioned matter was held in Chambers on this date at 8:30 a.m. In attendance were John I. Goodwin for the plaintiffs; Jeffrey E. Combes for defendant St. John Fleeting, Inc.; and George J. Nalley, Jr. and Chris Stahulak for the MGT defendants. Discovery has just begun and is proceeding on schedule. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference. The Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiffs contact the United States Magistrate Judge assigned to this case for the purpose of arranging a settlement conference on a mutually acceptable date and time, but no later than 30 days prior to the pretrial conference.

cc: United States Magistrate Judge Joseph C. Wilkinson, Jr.

DATE OF ENTRY
SEP 0 5 2000