

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

SEP 2 2 2000

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * | |
| | * | CIVIL ACTION NO. 00-0130 |
| VERSUS | | |
| | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | * * | |
| ST. JOHN FLEETING, INC., *in personam*, | * | |
| ST. JOHN FLEETING, L.L.C., *in personam*, | * | |
| ABC INSURANCE COMPANY, *in personam*, | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED EX PARTE MOTION TO CONTINUE DEADLINE FOR AMENDMENT OF PLEADINGS

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Travelers Property Casualty ("Travelers") and CII Carbon, L.L.C. ("CII"), who respectfully request that the

DATE OF ENTRY
SEP 2 7 2000

1

deadline for the amendment of pleadings and the filing of third-party actions, cross-claims, and counterclaims be extended from **September 25, 2000** until **November 27, 2000**.

Travelers and CII request this extension of time because they may wish to add additional defendants to their lawsuit. However, Travelers and CII have not yet completed the discovery and investigation that would permit the plaintiffs to determine whether there is a good faith basis to join these other parties in this lawsuit. Accordingly, an extension of this deadline is necessary.

The plaintiffs do not believe that such an extension of time will delay the trial of this matter, which is presently scheduled for April 9, 2001.

Counsel for the Travelers and CII has contacted counsel for all of the defendants, who have no opposition to this motion.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
**RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JOHN I. GOODWIN (Bar No. 21299)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3833 *Direct Line*
(504) 836-9564 *Direct Fax*
**Attorneys for Plaintiffs,
Travelers Property Casualty
and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of September, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

|     |     |     |     |
|-----|-----|-----|-----|
| ( ) | Hand Delivery | (X) | Prepaid U.S. Mail |
| (X) | Facsimile | ( ) | UPS/Federal Express |

TO:   Jeffrey E. Combes, Esquire
Staines & Eppling
3500 North Causeway Boulevard
Suite 820
Metairie, Louisiana 70002
Fax No.: 838-0043

George J. Nalley, Jr., Esquire
Heritage Plaza – Suite 920
111 Veterans Memorial Boulevard
Metairie, Louisiana 70005
Fax No.: 838-0008

_____
JOHN I. GOODWIN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * | |
| | * | CIVIL ACTION NO. 00-0130 |
| VERSUS | | |
| | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | * * | |
| ST. JOHN FLEETING, INC., *in personam,* | * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* | * | |
| ABC INSURANCE COMPANY, *in personam,* | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## <u>O R D E R</u>

Considering the foregoing *Plaintiffs' Unopposed Ex Parte Motion To Continue Deadline for Amendment of Pleadings*,

4

**IT IS HEREBY ORDERED** that the *Plaintiffs' Unopposed Ex Parte Motion To Continue Deadline for Amendment of Pleadings* is granted and that the deadline for the filing of third-party actions, cross-claims, and counterclaims be extended from September 25, 2000 until November 27, 2000.

New Orleans, Louisiana this __25__ day of __Sept__, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT