```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                       EASTERN DISTRICT OF LA

                                                         2000 OCT 10 PM 3:33

                                                          LORETTA G. WHYTE
                                                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** | * |
| **VERSUS** | *   CIVIL ACTION NO. 00-0130 |
| | *   SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | *   MAGISTRATE (2) |
| **MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC.** *in personam,* | * |
| **ST. JOHN FLEETING, INC.,** *in personam,* | * |
| **ST. JOHN FLEETING, L.L.C.,** *in personam,* | * |
| **ABC INSURANCE COMPANY,** *in personam,* | * |
| **AND** | * |
| **XYZ INSURANCE COMPANY,** *in personam* | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Richard A. Chopin of the firm Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP, who respectfully moves this Court for an Order withdrawing John I. Goodwin as co-counsel of record for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., on the grounds that he is no longer affiliated with the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP and Richard A. Chopin will remain as trial counsel of record for Travelers Property Casualty and CII Carbon, L.L.C.

DATE OF ENTRY
OCT 1 2 2000

1

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
**RICHARD A. CHOPIN, T.A. (Bar No. 4088)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3850 *DIRECT LINE*
(504) 836-9550 *DIRECT FAX*
**Attorney for Travelers Property Casualty and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this _9_ day of _October_, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery            (X) Prepaid U.S. Mail
( ) Facsimile                ( ) UPS/Federal Express

TO:   Jeffrey E. Combes, Esquire
      Staines & Eppling
      3500 North Causeway Boulevard
      Suite 820
      Metairie, Louisiana 70002

      George J. Nalley, Jr., Esquire
      Heritage Plaza – Suite 920
      111 Veterans Memorial Boulevard
      Metairie, Louisiana 70005

_____
RICHARD A. CHOPIN

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** | * | |
| | * | CIVIL ACTION NO. 00-0130 |
| **VERSUS** | | |
| | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* | * * | |
| ST. JOHN FLEETING, INC., *in personam,* | * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* | * | |
| ABC INSURANCE COMPANY, *in personam,* | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that John I. Goodwin be and he is hereby withdrawn as co-counsel of record for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C. and that Richard A. Chopin will remain as trial counsel of record for Travelers Property Casualty and CII Carbon, L.L.C.

New Orleans, Louisiana, this ___ day of _____, 2000.

_____
JUDGE

3