

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

NOV 27 2000

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * * * | CIVIL ACTION NUMBER 00-0130 |
| VERSUS | * * | SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, ST. JOHN FLEETING, INC., ST. JOHN FLEETING, L.L.C., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | * * * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes M/GT Services, Inc., and upon showing to the Court that Christopher J. Stahulak has recently joined the firm of George J. Nalley, Jr., A Professional Law Corporation, and respectfully moves this Honorable Court for an order enrolling Christopher J. Stahulak as additional counsel of record for defendant herein.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of November, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
GEORGE J. NALLEY, JR., APLC

Respectfully submitted,

_____
GEORGE J. NALLEY, JR., T.A.   (9883)
CHRISTOPHER J. STAHULAK   (27094)
Heritage Plaza - Suite 920
111 Veterans Memorial Boulevard
Metairie, Louisiana 70005
(504) 838-8188

DATE OF ENTRY
DEC 1 2000

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. * | CIVIL ACTION NUMBER 00-0130 |
| VERSUS * | SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, ST. JOHN FLEETING, INC., ST. JOHN FLEETING, L.L.C., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion,

IT IS HEREBY ORDERED that Christopher J. Stahulak, be, and is hereby enrolled as additional counsel of record for defendant herein, M/GT Services, Inc.

New Orleans, Louisiana, this 27 day of Nov_____, 2000.

_____
JUDGE