FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

NOV 27 2000

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** * | |
| * | CIVIL ACTION NO. 00-0130 |
| **VERSUS** | |
| * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* * | |
| ST. JOHN FLEETING, INC., *in personam,* * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* * | |
| ABC INSURANCE COMPANY, *in personam,* * | |
| AND * | |
| XYZ INSURANCE COMPANY, *in personam* * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., and upon suggesting to the court that Richard A. Chopin of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP, has heretofore represented the plaintiffs herein; and upon further suggesting to the Court that John S. Bair of the same law firm should be enrolled as additional counsel of record;

DATE OF ENTRY
DEC 1 2000

It is respectfully requested that this Honorable Court enter an Order allowing John S. Bair to be enrolled as additional Counsel of Record for Travelers Property Casualty and CII Carbon, L.L.C..

>Respectfully submitted,
>
>**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**
>
>By: _/s/ Richard A. Chopin_
>**RICHARD A. CHOPIN, T.A. (Bar No. 4088)**
>**JOHN S. BAIR (Bar No. 25337)**
>Two Lakeway Center, Suite 900
>3850 North Causeway Boulevard
>Metairie, LA 70002-1752
>(504) 830-3850 *DIRECT LINE*
>(504) 836-9550 *DIRECT FAX*
>**Attorney for Travelers Property Casualty and CII Carbon, L.L.C.**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of November, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery          ( ) Prepaid U.S. Mail
(x) Facsimile              ( ) UPS/Federal Express

TO:   Jeffrey E. Combes, Esquire
      Staines & Eppling
      3500 North Causeway Boulevard
      Suite 820
      Metairie, Louisiana  70002

      George J. Nalley, Jr., Esquire
      Heritage Plaza – Suite 920
      111 Veterans Memorial Boulevard
      Metairie, Louisiana  70005

_/s/ Richard A. Chopin_
RICHARD A. CHOPIN

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. * | |
| * | CIVIL ACTION NO. 00-0130 |
| **VERSUS** * | |
| * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* * * | |
| ST. JOHN FLEETING, INC., *in personam,* * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* * | |
| ABC INSURANCE COMPANY, *in personam,* * | |
| AND * | |
| XYZ INSURANCE COMPANY, *in personam* * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion and Order To Enroll Counsel of Record brought on behalf of plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C.;

**IT IS HEREBY ORDERED** that John S. Bair of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, L.L.P. be and is hereby enrolled as additional counsel for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C..

New Orleans, Louisiana this 27 day of Nov_____, 2000.

_____
JUDGE