```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                         NOV 27 2000

                                       LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * |
| | * CIVIL ACTION NO. 00-0130 |
| VERSUS | |
| | * SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* | * |
| ST. JOHN FLEETING, INC., *in personam,* | * |
| ST. JOHN FLEETING, L.L.C., *in personam,* | * |
| ABC INSURANCE COMPANY, *in personam,* | * |
| AND | * |
| XYZ INSURANCE COMPANY, *in personam* | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Travelers Property Casualty ("Travelers") and CII Carbon, L.L.C. ("CII"), who move this Court for leave to allow them to amend their Verified Complaint for Damages so that they may add necessary parties as defendants in this matter. The necessity of adding these parties as defendants was revealed during recent discovery.

DATE OF ENTRY
DEC 1 2000

Counsel for Travelers and CII has contacted counsel for all of the defendants who have no opposition to this Motion.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
**RICHARD A. CHOPIN, T.A. (Bar No. 4088)**
**JOHN S. BAIR (Bar No. 25337)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3850 *DIRECT LINE*
(504) 836-9550 *DIRECT FAX*
**Attorney for Travelers Property Casualty and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 27th day of November, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery             ( ) Prepaid U.S. Mail
(✗) Facsimile                  ( ) UPS/Federal Express

TO:   Jeffrey E. Combes, Esquire
      Staines & Eppling
      3500 North Causeway Boulevard
      Suite 820
      Metairie, Louisiana 70002

      George J. Nalley, Jr., Esquire
      Heritage Plaza – Suite 920
      111 Veterans Memorial Boulevard
      Metairie, Louisiana 70005

_____
RICHARD A. CHOPIN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** | * | |
| | * | CIVIL ACTION NO. 00-0130 |
| **VERSUS** | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| **MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC.** *in personam,* | * | |
| **ST. JOHN FLEETING, INC.,** *in personam,* | * | |
| **ST. JOHN FLEETING, L.L.C.,** *in personam,* | * | |
| **ABC INSURANCE COMPANY,** *in personam,* | * | |
| **AND** | * | |
| **XYZ INSURANCE COMPANY,** *in personam* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Upon considering the Motion for Leave to File Amended Complaint for Damages brought by the plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C.;

**IT IS HEREBY ORDERED** that the plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C.'s Motion for Leave to File Amended Complaint for Damages is hereby granted.

New Orleans, Louisiana this 28 day of Nov , 2000.

_____
JUDGE