FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26 PM 2: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | CIVIL ACTION NUMBER 00-0130 |
| VERSUS | SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, ST. JOHN FLEETING, INC., ST. JOHN FLEETING, L.L.C., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | |

## WITNESS and EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, M/GT Services, Inc., and hereby submits the following list of witnesses and exhibits that it may use at the trial of this matter.

### WITNESS LIST

1. John "Chip" Abadie
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

2. Wilmar Bastillo
   802 Joe Yenni Blvd.
   Kenner, LA 70065
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

___ Fee_____
___ Process_____
 X  Dktd U&O
___ CtRmDep____
    Doc.No. 31

3. Raymond Boudreaux
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

4. Kasey Bowen
   Address not known at this time
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

5. Omar Craighead
   Address not known at this time
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

6. Arthur D. Darden
   Arthur D. Darden, Inc.
   3200 Ridgelake Dr., Suite 403
   Metairie, LA 70002
   Expert naval architect to testify regarding the contents of his report dated January 25, 2001.

7. Drew Detellier
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

8. Robert Freeman
   2001 Cyprus
   LaPlace, LA 70068
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

9. John (Jay) Grymes, III
   Louisiana State Office of Climatology
   Louisiana State University
   Baton Rouge, LA 70803
   Fact witness to testify regarding rainfall amounts during the hours surrounding the sinking.

10. Michael Jackson
    Director of Administrative Services, M/GT Services, Inc.
    7000 Midland Blvd.
    Cincinnati, OH 45201
    Fact witness to testify regarding the tow of MG-332 and MGR-39, their sinking, salvage, subsequent repairs and damages.

11. James Johnson
    Merrill Marine Surveyors
    11722 Studt Ave
    St. Louis, MO 63141
    Expert marine surveyor to testify regarding surveys of the barges MG-332 and MGR-39, salvage of the barges and cargo and causation of sinking.

12. Kenny Jones
    Barge Maintenance Foreperson, M/GT Service, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002
    Fact witness to testify regarding the tow of MG-332 and MGR-39, condition of the barges prior to their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

13. William Mobley
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

14. Benjamen Nolan
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

15. Kevin O'Daniels
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

16. Allen Penton
    c/o St. John Fleeing, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

17. Wayne Pristinback
    c/o Carline Geismar Fleet, Inc.
    Mile 182 LMR
    Geismar, LA
    Fact witness to testify regarding the condition and tow of the MG-332 and MGR-39 and the placement of the barges in St. John's Fleet.

18. Hoyt Savoie
    149 Ursula Dr.
    Avondale, LA  70094
    Fact Witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

19. Brandon Underwood
    Address not known at this time
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

20. Any witness named by any other party to this litigation.

M/GT Services, Inc. reserves its right to supplement and/or amend this witness list before the trial of this matter.

## EXHIBIT LIST

1. Certificate of Insurance regarding coverage for St. John Fleeting
2. Climatological Data from the National Climatic Data Center
3. Contract of Affreightment dated December 4, 1998
4. Invoices, canceled checks and expense sheets regarding the salvage of the barges
5. Invoices regarding salvage of the cargo
6. Insurance Policy covering St. John Fleeting

7. Photographs of the MG-332 and the MGR-39

8. Report of Salvage Operations and Damage Survey dated July 30, 1999

9. Repair records regarding the MG-332 and the MGR-39

10. United States Coast Guard Report of Accident dated June 26, 1999

11. United States Coast Guard Report – FOIA 00-1072

12. Vessel logs from the CSS ARKANSAS

13. Vessel logs from the ST. CHARLES, LAFOURCHE AND ST. JOHN

M/GT Services, Inc. reserves its right to supplement and/or amend its Exhibit List prior to the trial of this matter.

> Respectfully submitted,
>
> GEORGE J. NALLEY, JR.
> A Professional Law Corporation
>
> _____
> GEORGE J. NALLEY, JR., T.A.   (9883)
> CHRISTOPHER J. STAHULAK      (27094)
> Heritage Plaza - Suite 920
> 111 Veterans Memorial Blvd.
> Metairie, LA  70005
> (504) 838-8188

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___25th___ day of January, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
GEORGE J. NALLEY, JR