

```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

             2001 JAN 29  PM 12:50

              LORETTA G. WHYTE
                    CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, et al.          CIVIL ACTION

-VERSUS-                                      NUMBER 00-0130

THE MG-332 and MGR-39, etc., et al.           SECTION L (2)

: : : : : : : : : : : : : : : : : : : : : : :

## EXHIBIT LIST OF ST. JOHN FLEETING, INC.

NOW COMES St. John Fleeting, Inc., through undersigned counsel, and submits the following list of exhibits which may be introduced at the trial of this matter:

1. Photographs of the barges, MG 332 and MGR 39

2. Fleet diagram

3. Vessel logs of the fleet vessels

4. All survey reports concerning the barges MG 332 and MGR 39

5. All documents regarding loading of the barges MG 332 and MGR 39, including but not limited to load out survey

6. All records of maintenance and repair of the barge MG 332

7. All weather data for the time period that the barges in question were board at St. John Fleet

8. All records regarding the integrity of the hull of the barge MG 332



```
___ Fee_____
___ Process
 X  Dktd /BC/
___ CtRmDep
    Doc. No. 32
```

9. All survey, inspection, and/or condition reports/records of MC 332

10. All documents reflecting costs and expenses incurred by and on behalf of St. John Fleeting and related companies regarding the sinking and salvage of the barges and cargo

11. Any and all exhibits listed by any other party

12. Defendant reserves its right to supplement and amend its list of exhibits.

Respectfully Submitted;

STAINES & EPPLING

*Anthony J Staines*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✔] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of January 2001.

*Anthony J Staines*

-2-