FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 29 PM 12: 50

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : :

### WITNESS LIST OF ST. JOHN FLEETING, INC.

NOW COMES St. John Fleeting, Inc., through undersigned counsel, and submits the following list of witnesses who may be called at the trial of this matter:

1. Chip Abadie

2. Drew Detellier

3. Shawn O'Daniels

4. Russell Gaudet

5. Raymond Boudreaux

6. Kevin O'Daniels

7. Hoyt Savoy

8. Robert Freeman

9. Chris Bennett

___ Fee _____
___ Process
_X_ Dktd
___ CtRmDep
     Doc.No. 33

10. Benjamin Nolan

11. Allen Penton

12. Kasey Bowen

13. Wilmar Bastille

14. Omar Craighead

15. William Mobley

16. Michael Jackson

17. Jack Largo

18. Kenny Jones

19. Hjalmar E. Breit, III

20. Conrad Breit

21. Ken Helmrich

22. R. Wayne Cross

23. Roddy Hurst

24. Larry Taylor

25. Representative of Johnston Bros.

26. Representation of Hall Buck Marine

27. Safety Expert to be provided

28. Weather Expert to be provided

29. Representative of Carline Management Services

30. Any witness listed by any other party

31. Defendant reserves its right to supplement and amend its list of witnesses.

Respectfully Submitted;

STAINES & EPPLING

*/s/ Anthony J. Staines*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of January 2001.

*/s/ Anthony J. Staines*