UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY. ET AL | * | CIVIL ACTION NO. 00-0430 |
| VERSUS | * | SECTION "L" 00-130 |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*. et al | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME

Defendant, Commercial Union Insurance Company, moves this Court for an extension of time of ~~thirty (30)~~ twenty (20) days within which to plead, ~~until February 10, 2001,~~ for the reason that counsel has only recently been retained and additional time is required to conduct an investigation. No other extensions have been granted and no oppositions have been filed in the record.

Respectfully submitted,

CAMPBELL, McCRANIE, SISTRUNK,
ANZELMO & HARDY

_____
MICHAEL R. SISTRUNK (12111)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Telecopier: (504) 831-2492

DATE OF ENTRY
JAN 3 0 2001

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the United States Mail, postage prepaid and properly addressed, this 18th day of January, 2001.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY. ET AL | * * * | CIVIL ACTION NO. 00-0130 |
| VERSUS | * * | SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, et al | * * * * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

IT IS ORDERED that defendant, Commercial Union Insurance Company, be and is hereby granted an additional ~~thirty (30)~~ twenty (20) days, ~~until February 10, 2001,~~ in which to file responsive pleadings.

New Orleans, Louisiana, this 23 day of Jan_____,
2001.

_____
JUDGE