

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : :

## SUPPLEMENTAL AND AMENDED EXHIBIT LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its exhibit list by adding the following exhibits which may be introduced at the trial of this matter:

13. Survey reports/records of K. P. Helmrich & Associates

14. Survey reports/records of Kroll Marine Surveying, Inc.

15. All documents/records of Professional Marine Surveyors

16. Towage Certificate

17. Dispatch Logs

18. In/Out Sheets

19. Vessel logs of the M/V CHARLIE BOY



Respectfully Submitted;

STAINES & EPPLING

*[signature: Anthony J. Staines]*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of Jan 2001.

*[signature: Anthony J. Staines]*

-2-