FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -1 PM 1: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : :

### SECOND SUPPLEMENTAL AND AMENDED WITNESS LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its witness list by adding the following witness who may be called at the trial of this matter:

33.    Virgil Spells

Respectfully Submitted;

STAINES & EPPLING

_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 31 day of January 2001.

_____