FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -6 PM 1:36
FEB 0 6 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY | * | |
| AND CII CARBON, L.L.C. | * | CIVIL ACTION |
| | • | NUMBER 00-0130 |
| VERSUS | * | |
| | • | SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, | * | |
| tackles, boilers, furniture, apparel, etc., *in rem*, | * | |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT | * | |
| SERVICES, INC., d/b/a MGT-T SERVICES, INC. | * | |
| *in personam*, ST. JOHN FLEETING, INC., | * | |
| ST. JOHN FLEETING, L.L.C., ABC INSURANCE | * | |
| COMPANY, AND XYZ INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO EXTENSION OF DEADLINES FOR REPORTS

NOW INTO COURT, through undersigned counsel, comes M/G Transport, who opposes the Motion for Extension of Time by St. John Fleeting to provide additional expert reports.

As set forth by this Court's scheduling order, the expert reports of the plaintiffs were due on or about December 27, 2000 with the expert reports of the defendants being due on or about January 26, 2001. M/G Transport complied with these deadlines but received no expert reports from any other parties within those deadlines. Subsequently, on January 29, 2001, which was beyond the deadline for the reports to be submitted, St. John Fleeting filed a motion for extension of time to

1

exchange additional expert reports. The basis given by St. John was that an additional party had been added to the litigation. Upon information and belief, St. John Fleeting has not asserted a claim against any additional party, as that claim was asserted only by the plaintiffs, Travelers Property Casualty in this matter.

Given the nature of St. John's motion, the parties have no idea as to what experts St. John intends to add; however, M/G Transport takes issue with and objects to St. John waiting until M/G Transport has filed its reports in compliance with this Court's order and then St. John moving for an extension of time so that it can file additional expert reports, presumably in reaction to those received from M/G. Accordingly, M/G Transport respectfully objects to the extension of time for St. John to file expert reports in this matter.

Respectfully submitted,

GEORGE J. NALLEY, JR.
A Professional Law Corporation


_____
GEORGE J. NALLEY, JR.              (9883)
Heritage Plaza - Suite 920
111 Veterans Memorial Blvd.
Metairie, LA  70005
(504) 838-8188

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___5th___ day of February, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
GEORGE J. NALLEY, JR., APLC