

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAG. WILKINSON |

: : : : : : : : : : : : : : : : : : : : : : :

### ANSWER TO FIRST AMENDING AND SUPPLEMENTAL CROSS CLAIM
### BY M/G-T SERVICES, INC.

NOW INTO COURT, through undersigned counsel, come defendants in cross claim, Commercial Union Assurance Company PLC, The Treadneedle Insurance Company Limited, Terra Nova Insurance Company Limited and Atlas Assurance Company Limited, each subscribing for itself and not for any other to Cover Note Number OMP-30791 (incorrectly identified as "Institute of London Underwriters"), and St. John Fleeting, Inc., (hereinafter, collectively, "defendants") and, for Answer to the First Supplemental and Amending Cross Claim filed by plaintiff in Cross Claim, M/G-T Services, Inc. (hereinafter, "M/G-T"), respectfully aver as follows:

### FIRST DEFENSE

Defendants specifically assert that any and all claims against it are timed barred and/or barred by contractual provisions and/or is the result of the negligence of persons or parties for whom defendants, or any insured, are not responsible.

1

**SECOND DEFENSE**

As a separate and complete defense, and answering the numbered paragraphs of M/G-T's First Supplemental and Amending Cross Claim, defendants aver as follows:

1.

The allegations of Article 1 of the First Supplemental and Amending Cross Claim require no answer of defendants; however, should such an answer be required, the allegations are denied.

2.

The allegations of Article 2 of the First Supplemental and Amending Cross Claim are denied except to admit that a policy of insurance was issued to defendant, St. John Fleeting, Inc. Said policy or policies, being written documents, are the best evidence of their respective terms, conditions, restrictions and exclusions.

3.

Defendants re-assert and re-allege all answers and pleadings filed, as if they were copied herein in extenso.

**WHEREFORE**, Commercial Union Assurance Company PLC, The Treadneedle Insurance Company Limited, Terra Nova Insurance Company Limited and Atlas Assurance Company Limited, each subscribing for itself and not for any other to Cover Note Number OMP-30791 (incorrectly identified as "Institute of London Underwriters"), and St. John Fleeting, Inc., pray that this Answer be deemed good and sufficient and that after due proceedings are had, there be judgment herein in their favor dismissing the Cross Claim, First Supplemental and Amending Cross Claim and Verified Complaint for Damages, with prejudice, and at plaintiff's and/or plaintiff in cross claim's cost and for all general and equitable relief as the nature of the case may permit.

Respectfully Submitted;
STAINES & EPPLING

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✓] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 7th day of Feb, 2001.

_____

_____
ANTHONY J. STAINES, T.A. (12388)
JEFFREY E. COMBES (20755)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc., Commercial Union Assurance Company PLC, The Treadneedle Insurance Company Limited, Terra Nova Insurance Company Limited and Atlas Assurance Company Limited, each subscribing for itself and not for any other to Cover Note Number OMP-30791