```
                                    FILED
                            U.S. DISTRICT COURT
                           EASTERN DISTRICT OF LA

                           2001 FEB -8  PM 3: 05
                             FEB 0 8 2001
                            LORETTA G. WHYTE
                                  CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : :

### SECOND SUPPLEMENTAL AND AMENDED EXHIBIT LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its exhibit list by adding the following exhibits which may be introduced at the trial of this matter:

    16.   Tonnage Certificate
    20.   Barge Draft Tables
    21.   Barge Tonnage Tables
    22.   Diagrams/Drawings of Barges

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

    [ ] U.S. Mail
    [ ] Hand Delivery
    [ ] Fax
    [ ] Other

This 6 day of February 2001.

_____

Respectfully Submitted;

STAINES & EPPLING

_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.