FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -8 PM 3:05
FEB 0 8 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : : :

### THIRD SUPPLEMENTAL AND AMENDED WITNESS LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its witness list by adding the following witness who may be called at the trial of this matter:

    34.   Kevin Jennings
    35.   Jim Jarvis
    36.   Tom Terrell

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

    [x] U.S. Mail
    [ ] Hand Delivery
    [ ] Fax
    [ ] Other

This 6 day of February 2001.

Respectfully Submitted;

STAINES & EPPLING

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA  70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.