

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -9 PM 4:34
FEB 0 9 2001
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 9, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-130** |
| **MG-332 BARGE, ET AL.** | **SECTION "L" (2)** |

IT IS ORDERED that a telephone status conference SHALL BE HELD on Wednesday, February 14, 2001 at 1:30 p.m. The Court will initiate the call. Counsel shall advise the Court of any updated telephone numbers prior to the conference. No later than two days prior to the conference, counsel shall submit a brief status letter to the Court, summarizing the progress of the matter and addressing any issues the Court should address. The letter should be no longer than two pages and may be faxed directly to Chambers at (504) 589-6966.

DATE OF ENTRY
FEB 1 2 2001

Fee ___
Process ___
X Dktd ___
✓ CtRmDep ___
Doc.No. 54