UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 13 PM 2:02
FEB 1 3 2001
LORETTA G. WHYTE
CLERK

TRAVELERS PROPERTY CASUALTY          *
AND CII CARBON, L.L.C.               *
                                     *    CIVIL ACTION
                                     *    NUMBER 00-0130
VERSUS                               *
                                     *
                                     *    SECTION "L" (2)
THE MG-332 AND MGR-39, her engines,  *
tackles, boilers, furniture, apparel, etc., *in rem*, *
MGT SERVICES, INC. d/b/a MGT TRANSPORT *
SERVICES, INC., d/b/a MGT-T SERVICES, INC. *
*in personam*, ST. JOHN FLEETING, INC., *
ST. JOHN FLEETING, L.L.C., ABC INSURANCE *
COMPANY, AND XYZ INSURANCE COMPANY*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

NOW COMES defendant, MGT Services, Inc., pursuant to the District Court Rules, Local Rule 2.01E and requests oral argument on the attached Motion to Compel. Further, MGT Services, Inc. suggests to the Court that oral argument is appropriate in this case.

Respectfully submitted,

GEORGE J. NALLEY, JR.
A Professional Law Corporation

GEORGE J. NALLEY, JR.          (9883)
CHRISTOPHER J. STAHULAK        (27094)
Heritage Plaza - Suite 920
111 Veterans Memorial Blvd.
Metairie, LA 70005
(504) 838-8188

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13th day of Feb. , 2001 ,served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

7