

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 14, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-130 |
| MG-332 BARGE ET AL. | SECTION "L" (2) |

     At the request of counsel for defendant, and pursuant to Local Rule 2.01, oral argument on defendant's Motion to Compel is hereby set on **February 28, 2001 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

DATE OF ENTRY
FEB 1 5 2001

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE