

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : : : :

### MOTION FOR EXPEDITED HEARING
### WITH INCORPORATED MEMORANDUM IN SUPPORT

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who respectfully requests an expedited hearing on its Motion for Extension of Time to Exchange Additional Defense Expert Reports as an additional defendant has been added to this litigation, but has not yet appeared, and the defendant requests additional time to retain experts. St. John Fleeting, Inc. contemporaneously provides the expert reports obtained thus far to counsel and simply requests a brief extension until February 15, 2001, to exchange additional expert reports. Additional discovery is contemplated prior to February 15, 2001.

WHEREFORE, defendant respectfully requests that this Court hear its Motion for Extension of Time to Exchange Additional Defense Expert Reports on an expedited basis.

DATE OF ENTRY
FEB 1 5 2001

Respectfully Submitted;

STAINES & EPPLING

_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[×] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of January 2001.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, et al.          CIVIL ACTION

-VERSUS-                                      NUMBER 00-0130

THE MG-322 and MGR-39, etc., et al.           SECTION L (2)

: : : : : : : : : : : : : : : : : : : : : :

ORDER

Considering the Motion for Extension of Time Within Which to Provide Additional Defense Expert Reports filed by St. John Fleeting, Inc.;

IT IS ORDERED that the Motion for Extension of Time Within Which to Provide Additional Defense Expert Reports be heard on an expedited basis and be set for hearing on the 14 day of February, 2001, at 9 o'clock a.m. *without oral argument*

New Orleans, Louisiana, Feb / 4, 2001.

_____
UNITED STATES DISTRICT JUDGE