FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 15 AM 9: 53
FEB 15 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : :

### MOTION FOR EXTENSION OF TIME
### WITHIN WHICH TO PROVIDE ADDITIONAL DEFENSE EXPERT REPORTS

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who respectfully moves this Court for an extension of time to exchange defense expert reports on its behalf to February 15, 2001, all as is more fully explained in the accompanying memorandum.

Respectfully Submitted;

STAINES & EPPLING

*[signature]*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of January 2001.

*[signature]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, et al.          CIVIL ACTION

-VERSUS-                                      NUMBER 00-0130

THE MG-322 and MGR-39, etc., et al.           SECTION L (2)

: : : : : : : : : : : : : : : : : : : : : :

MEMORANDUM IN SUPPORT OF
MOTION FOR EXTENSION OF TIME
TO EXCHANGE ADDITIONAL DEFENSE EXPERT REPORTS

MAY IT PLEASE THE COURT:

Due to the delays in providing certain expert reports, this defendant requests an extension of time to February 15, 2001, for the exchange of defense expert reports on behalf of St. John Fleeting, Inc. St. John Fleeting, Inc. respectfully submits that this brief extension of time will not in any manner adversely affect the advancement of this cause to trial. As of this time, an additional defendant has been added to this litigation, but has not yet appeared.

This defendant submits that the expert reports obtained by this defendant thus far will be provided to counsel at this time.

For the foregoing reasons, St John Fleeting, Inc. respectfully requests the Court grant its motion for extension of time in which to exchange defense expert reports.

Respectfully Submitted;

STAINES & EPPLING

_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[ ✗ ] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 29 day of January 2001.

_____