```
MINUTE ENTRY
FALLON, J.
FEBRUARY 14, 2001
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 15  AM 9: 56
FEB 1 5 2001
LORETTA G. WHYTE
    CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

A telephone status conference was held in the above captioned matter on this date at 1:30 p.m. John Bair participated for the Plaintiffs, George Nalley participated for MGT Services, Inc., Anthony Staines participated for St. John Fleeting, Inc., and Michael Sistrunk participated for Commercial Union Insurance Co. After reviewing the status of this case with counsel, IT IS ORDERED that the trial set of Monday, April 9, 2001 at 9:00 a.m. and the pretrial conference set for Tuesday, March 27, 2001 at 8:30 a.m. are CONTINUED. New trial and pretrial dates will be selected at a telephone status conference that SHALL BE HELD on Thursday, February 22, 2001 at 3:30 p.m. The Court will initiate the call. Counsel shall advise the Court of any updated telephone numbers prior to the conference.

Considering the continuance of the trial date, the Motion of St. John Fleeting, Inc. for Extension of Time Within Which To Provide Additional Defense Expert Reports is DENIED AS MOOT. The Court will reset discovery deadline once a new trial date is selected.

DATE OF ENTRY
FEB 1 5 2001