

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 22 PM 2: 55
FEB 2 2 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, et al.         CIVIL ACTION

-VERSUS-                                     NUMBER 00-0130

THE MG-332 and MGR-39, etc., et al.         SECTION L (2)
                                             JUDGE FALLON
                                             MAGISTRATE WILKINSON

: : : : : : : : : : : : : : : : : : : : : :

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE MEMORANDUM
## IN OPPOSITION TO MOTION TO COMPEL
## WITH INCORPORATED MEMORANDUM IN SUPPORT

NOW COMES St. John Fleeting, Inc., through undersigned counsel, for the purpose of requesting an extension of time within which to file its Memorandum in Opposition to Motion to Compel, respectfully submits that due to calendar conflicts, counsel requires additional time with which to file a Memorandum in Opposition to Motion to Compel on behalf of St. John Fleeting, Inc. Accordingly, St. John Fleeting, Inc. respectfully requests a brief extension in which to submit its opposition memorandum in this matter. Opposing counsel has no opposition to this extension of time.

DATE OF ENTRY

FEB 2 3 2001

Respectfully Submitted;

STAINES & EPPLING

*[signature: Anthony J Staines]*

ANTHONY J. STAINES, T.A. (12388)
JEFFREY E. COMBES (20755)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 21 day of February 2001.

*[signature: Anthony J Staines]*

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : : :

### ORDER

Considering the Motion for Extension of Time to File Memorandum in Opposition to Motion to Compel filed by St. John Fleeting, Inc.;

IT IS ORDERED that St. John Fleeting, Inc. be and is hereby granted an extension of time within which to submit its Memorandum in Opposition to Motion to Compel, until the __23__ day of __Feb'y__, 2001.

New Orleans, Louisiana, __Feb'y 22__, 2001.

_____
UNITED STATES MAGISTRATE JUDGE