

MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 23, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-130 |
| THE MG-332 ET AL. | SECTION "L" (2) |

### HEARING ON MOTION

MOTION:    Defendant's Motion to Compel

O R D E R E D:

__XXX__ :    DISMISSED AS MOOT. Christopher J. Stahulak, counsel for movant, has advised the court (by letter attached hereto for filing) that the requested discovery responses have been provided and the motion to compel is moot. Oral argument previously set on defendant's motion on February 28, 2001, is hereby CANCELLED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 2 6 2001

**GEORGE J. NALLEY, JR.**
A PROFESSIONAL LAW CORPORATION
HERITAGE PLAZA - SUITE 920
111 VETERANS MEMORIAL BOULEVARD
METAIRIE, LOUISIANA 70005



GEORGE J. NALLEY, JR.[1]
DONA J. DEW[2]
CHRISTOPHER J. STAHULAK

[1]ALSO ADMITTED IN THE STATE OF TEXAS
[2]ALSO ADMITTED IN THE STATES OF FLORIDA AND TEXAS

TELEPHONE (504) 838-8188
FAX (504) 838-0008

February 23, 2001

<u>**VIA FAX 589-7633**</u>
The Honorable Joseph C. Wilkinson, Jr.
Division 2
United States District Court
500 Camp Street
New Orleans, LA

      Re:   Travelers Property Casualty and CCI Carbon, L.L.C. v. The MG-332 and MGR-39, et al
           Our File: 23.15

Dear Judge Wilkinson:

    There is a Motion to Compel scheduled to be heard in your chambers on Wednesday, February 28, 2001. Counsel for St. John Fleeting has produced the disputed material. Therefore, the Motion to Compel is now moot and can be taken off your docket.

    If you have any questions regarding this matter, please feel free to call me. Thank you.

                              Cordially,

                              GEORGE J. NALLEY, JR.
                              CHRISTOPHER J. STAHULAK

GJN/CJS/csl

  cc:   Anthony J. Staines, Esq.
         Richard A. Chopin, Esq.