FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26 PM 12: 56
MAR 2 6 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-130 |
| MG-332 BARGE, ET AL | * | SECTION "L"(2) |
| *   *   *   *   *   *   *   *   *   * | | JUDGE FALLON<br>MAG. WILKINSON |

## MOTION AND ORDER
## FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

**NOW COMES** defendants, Professional Marine Surveyors & Consultants, Inc., R. Wayne Coxe and Robbie Hurst, through undersigned attorneys and appears herein; and upon suggesting to the Court that it requires additional time to investigate this claim and requests an additional twenty days from the date hereof to answer, except or otherwise plead. There has been no previous extension of time and attorney for plaintiff has not filed in the record an objection to the requested twenty day extension.

DATE OF ENTRY
MAR 2 8 2001

Fee
Process
Dktd
CtRmDep
Doc. No.

Respectfully submitted, this 23 day of March, 2001.

EMMETT, COBB, WAITS & KESSENICH

BY: *[signature: Fredrick Kessenich]*
J. FREDRICK KESSENICH (7354)
LOUIS G. SPENCER (26520)
1515 Poydras Street
Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 23 day of March, 2001.

*[signature: Fredrick Kessenich]*
J. FREDRICK KESSENICH
LOUIS G. SPENCER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 00-130 |
| MG-332 BARGE, ET AL | * | SECTION "L"(2) |
| * * * * * * * * * * | | JUDGE FALLON<br>MAG. WILKINSON |

## ORDER

**NOW THEREFORE**, the foregoing motion considered:

**IT IS ORDERED** that defendants, Professional Marine Surveyors & Consultants, Inc., R. Wayne Coxe and Robbie Hurst, be and it is hereby granted an extension of twenty (20) days from the date hereof within which to answer except or otherwise plead.

New Orleans, Louisiana, ____ day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE