

MINUTE ENTRY
WILKINSON, M.J.
April 18, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-130 |
| THE MG-332 AND MGR-39, etc., in rem, ET AL. | SECTION "L" (2) |

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to MGT Services, Inc.'s Motion for Leave to File First Amending and Supplemental Answer and Counterclaim, set for hearing on April 18, 2001 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 2 0 2001