

MINUTE ENTRY
FALLON, J.
APRIL 24, 2001

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

A status conference was held in the above captioned matter on this date at 1:30 p.m. In attendance were Anthony Staines for St. John Fleeting, Inc., Mike McMahon for Professional Marine Surveyors, and Scott Decker for Commercial Union Insurance Co. Participating by telephone were John Bair for the Plaintiffs and George Nalley for MGT Services, Inc.

The Court stated that the October 9, 2001 trial date is firm and will be enforced.

IT IS ORDERED that Plaintiff's counsel contact the United States Magistrate Judge assigned to this matter for the purpose of arranging a settlement conference at a mutually acceptable date and time. The conference should take place not later than 30 days prior to the scheduled pre-trial conference.

The Court was made aware that the parties are having difficultly locating certain former St. John Fleeting, Inc. employees for depositions. IT IS FURTHER ORDERED that St. John Fleeting provide to all other parties its most recent contact information for each of these former employees. This information SHALL be made available within seven days of entry of the Order.

cc: United States Magistrate Judge Wilkinson


