UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -5 PM 3: 15

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * | |
| | * | CIVIL ACTION NO. 00-0130 |
| VERSUS | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* | * | |
| ST. JOHN FLEETING, INC., *in personam,* | * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* | * | |
| ABC INSURANCE COMPANY, *in personam,* | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Richard A. Chopin of the firm Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP, who respectfully moves this Court for an Order withdrawing John S. Bair as co-counsel of record for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., on the grounds that he is no longer affiliated with the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP and Richard A. Chopin will remain as trial counsel of record for Travelers Property Casualty and CII Carbon, L.L.C.

DATE OF ENTRY
JUN - 8 2001

1

Respectfully submitted,

CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP

By: ___*Richard A. Chopin*___
RICHARD A. CHOPIN, T.A. (Bar No. 4088)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorney for Travelers Property Casualty
and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of June, 2001, served a copy of the foregoing pleading on counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

___*Richard A. Chopin*___
RICHARD A. CHOPIN

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** * | |
| * | CIVIL ACTION NO.  00-0130 |
| **VERSUS** | |
| * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem*  * | MAGISTRATE (2) |
| **MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC.** *in personam,*  * | |
| **ST. JOHN FLEETING, INC.,** *in personam,*  * | |
| **ST. JOHN FLEETING, L.L.C.,** *in personam,*  * | |
| **ABC INSURANCE COMPANY,** *in personam,*  * | |
| **AND** * | |
| **XYZ INSURANCE COMPANY,** *in personam*  * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that John S. Bair be and he is hereby withdrawn as co-counsel of record for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C. and that Richard A. Chopin will remain as trial counsel of record for Travelers Property Casualty and CII Carbon, L.L.C.

New Orleans, Louisiana, this ____ day of _____, 2001.

_____
JUDGE