FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -8 PM 3: 35

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** | * | |
| **VERSUS** | * | CIVIL ACTION NO. 00-0130 |
| | * | SECTION "L" |
| THE MG-332 AND MGR-39, **her engines, tackles, boilers, furniture, apparel, etc.,** *in rem* | * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | * | |
| ST. JOHN FLEETING, INC., *in personam,* | * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* | * | |
| ABC INSURANCE COMPANY, *in personam,* | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., and upon suggesting to the court that Richard A. Chopin of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP, has heretofore represented the plaintiffs herein; and upon further suggesting to the Court that Jason P. Foote of the same law firm should be enrolled as additional counsel of record;

DATE OF ENTRY
JUN 1 2 2001

___Fee___
___Process___
X  Dktd
___CtRmDep___
Doc.No. 107

It is respectfully requested that this Honorable Court enter an Order allowing Jason P. Foote to be enrolled as additional Counsel of Record for Travelers Property Casualty and CII Carbon, L.L.C..

Respectfully submitted,

CHOPIN, WAGAR, COLE, RICHARD,
REBOUL & KUTCHER, LLP

By: *Richard A. Chopin*
RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JASON P. FOOTE (Bar No. 25050)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorney for Travelers Property Casualty
and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7TH day of June, 2001, served a copy of the foregoing pleading on counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

*Richard A. Chopin*
RICHARD A. CHOPIN

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. * | |
| * | CIVIL ACTION NO. 00-0130 |
| VERSUS | |
| * | SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, * | |
| ST. JOHN FLEETING, INC., *in personam*, * | |
| ST. JOHN FLEETING, L.L.C., *in personam*, * | |
| ABC INSURANCE COMPANY, *in personam*, * | |
| AND * | |
| XYZ INSURANCE COMPANY, *in personam* * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion and Order To Enroll Counsel of Record brought on behalf of plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C.;

**IT IS HEREBY ORDERED** that Jason P. Foote of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, L.L.P. be and is hereby enrolled as additional counsel for plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C..

New Orleans, Louisiana this ___11___ day of _____, 2001.

_____
JUDGE