

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2001 JUN 22 PM 1:52
      JUN 2 2 2001
    LORETTA G. WHYTE
          CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY ET AL.          CIVIL ACTION

VERSUS                                       NO. 00-130

MG-332 BARGE ET AL.                          SECTION "L"(2)

IT IS ORDERED that a **Settlement Conference** is set in this case on **July 19, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

<u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **July 18, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

New Orleans, Louisiana, this ___21st___ day of June, 2001.

                                        _____
                                        JOSEPH C. WILKINSON, JR.
cc: HON. ELDON E. FALLON                UNITED STATES MAGISTRATE JUDGE

```
___Fee_____
___Process___
 X  _Dktd____
 ✓  _CtRmDep_
    Doc.No.___
```



```
         FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2001 JUN 22  PM 1:52
       JUN 2 2 2001
     LORETTA G. WHYTE
           CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY ET AL.           CIVIL ACTION

VERSUS                                       NO. 00-130

MG-332 BARGE ET AL.                          SECTION "L"(2)

     **IT IS ORDERED** that a **Settlement Conference** is set in this case on **July 19, 2001 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

     <u>Counsel for all parties are instructed to submit their respective settlement position letters on or before **July 18, 2001** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.</u>

     New Orleans, Louisiana, this _2/50_ day of June, 2001.

                                          JOSEPH C. WILKINSON, JR.
cc: HON. ELDON E. FALLON         UNITED STATES MAGISTRATE JUDGE

```
        ___Fee_____
        ___Process____
      X ___Dktd_____
      ✓ ___CtRmDep__
        ___Doc.No.___
```