FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 AM 11:15
JUL 18 2001
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**JULY 17, 2001**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-130** |
| **MG-332 BARGE, ET AL.** | **SECTION "L" (2)** |

To facilitate continued progress in the above-captioned case, IT IS ORDERED that a telephone status conference SHALL BE held on FRIDAY, JULY 20, 2001 at 8:30 a.m.

DATE OF ENTRY
JUL 18 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 118