

```
          FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

      2001 JUL 18 PM 12: 31

       LORETTA G. WHYTE
            CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : :

### FOURTH SUPPLEMENTAL AND AMENDED WITNESS LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its witness list by adding the following witness who may be called at the trial of this matter:

37. Frank Morton

38. Jeff Kindl

39. John Cordero

40. Hjalmar E. Breit, II

41. Billy Doyle

42. Keith Metcalf

43. Representative of Marathon Ashland Petroleum

44. Representative of Cooper/T. Smith, Inc.

45. Representative of CII Carbon, Inc.

```
___Fee_____
___Process_
_X_Dktd____
___CtRmDep_
   Doc.No._120_
```

Respectfully Submitted;

STAINES & EPPLING

_Anthony J. Staines_
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[X] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This _17_ day of _July_ 2001.

_Anthony J. Staines_