FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18  PM 12: 32

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2) |

:   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :   :

### THIRD SUPPLEMENTAL AND AMENDED EXHIBIT LIST

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who desires to supplement and amend its exhibit list by adding the following exhibits which may be introduced at the trial of this matter:

23.　Contract of Affreightment.

24.　Any and all contracts entered into by or on behalf of CII Carbon, Inc. and MGT Services and Professional Marine Surveyors.

25.　Merrill Marine Service records, including survey reports.

26.　All documents regarding salvage of the barge MG 332.

27.　Coast Guard records.

28.　MGT Services Accident Report.

29.　Barge Ship List.

30.　Barge Movement Records for barge MG 332.

31.　Daily Records of Activities, Location of barge MG 332.



Respectfully Submitted;

STAINES & EPPLING

*Anthony J Staines*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 17 day of _July_ 2001.

*Anthony J Staines*