

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * * |
| VERSUS | * CIVIL ACTION * NUMBER 00-0130 * * SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* ST. JOHN FLEETING, INC., ST. JOHN FLEETING, L.L.C., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | * * * * * * * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WITNESS and EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, M/GT Services, Inc., and hereby submits the following list of witnesses and exhibits that it may use at the trial of this matter.

### WITNESS LIST

1. John "Chip" Abadie
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

2. Wilmar Bastillo
   802 Joe Yenni Blvd.
   Kenner, LA  70065
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

3. Chris Bennett
   c/o St. John Fleeting, Inc.
   Highway 44

Garyville, LA
Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking

4. Raymond Boudreaux
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

5. Kasey Bowen
   Address not known at this time
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

6. Omar Craighead
   Address not known at this time
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

7. Richard Wayne Coxe
   7076 Richards Dr.
   Baton Rouge, Louisiana 70809
   Fact witness to testify regarding the Pre-loading and post-loading surveys of the MG332 and MGR39.

8. Arthur D. Darden
   Arthur D. Darden, Inc.
   3200 Ridgelake Dr., Suite 403
   Metairie, LA 70002
   Expert naval architect to testify regarding his evaluation of the barges and the cause of their sinking.

9. Drew Detellier
   c/o St. John Fleeting, Inc.
   Highway 44
   Garyville, LA
   Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

10. Robert Freeman
    2001 Cyprus
    LaPlace, LA  70068
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

11. Russell Gaudet
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking

11. John (Jay) Grymes, III
    Louisiana State Office of Climatology
    Louisiana State University
    Baton Rouge, LA  70803
    Fact witness to testify regarding rainfall amounts during the hours surrounding the sinking.

12. Ken Helmrich
    C/o K.P. Helmrich & Associates
    P.O. Box 1574
    Kenner, Louisiana 70063
    Fact witness to testify to regarding surveys of the barges MG-332 and MGR-39 and salvage of the barges and cargo.

13. Roddy Hurst
    25177 Arlington Ave.
    Denham Springs, Louisiana 70726
    Fact witness to testify regarding the post-loading surveys of the MG332 and MGR39

14. Michael Jackson
    Director of Administrative Services, M/GT Services, Inc.
    7000 Midland Blvd.
    Cincinnati, OH  45201
    Fact witness to testify regarding the tow of MG-332 and MGR-39, their sinking, salvage, subsequent repairs and damages.

15. Jim Jarvis
    c/o M/G-T Services, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002
    Fact witness to testify regarding the tow of MG-332 and MGR-39, condition of the barges prior to their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

16. Kevin Jennings
    c/o M/GT Services, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002
    Fact witness to testify regarding the contract of affrieghtment, tow of MG-332 and MGR-39, condition of the barges prior to their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

17. James Johnson
    Merrill Marine Surveyors
    11722 Studt Ave
    St. Louis, MO 63141
    Expert marine surveyor to testify regarding surveys of the barges MG-332 and MGR-39, salvage of the barges and cargo and causation of sinking.

18. Kenny Jones
    Barge Maintenance Foreperson, M/GT Service, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002
    Fact witness to testify regarding the tow of MG-332 and MGR-39, condition of the barges prior to their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

19. David L. Kroll
    106 Sherwood Forest Dr.
    New Orleans, LA 70119
    To testify regarding survey of the barges, MG332 and MGR39, salvage of the barges and cause of the sinking.

20. Jack Lordo
    President, M/G Transport Services Inc.
    7000 Midland Blvd.
    Amelia, OH 45201

Fact witness to testify regarding practices and policies of M/G Transport Services Inc. and facts surrounding the sinking of the MG332 and MGR39.

21. William Mobley
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

22. Frank Morton or other representative of Turn Services
    208 Elmwood Drive
    Pearl River, Louisiana 70452
    Fact witness to testify to repairs and cleaning of the MG332 prior to its sinking.

23. Benjamin Nolan
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

24. Kevin O'Daniels
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

25. Shawn O'Daniels
    c/o St. John Fleeting, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking

26. Allen Penton
    c/o St. John Fleeing, Inc.
    Highway 44
    Garyville, LA
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events

surrounding their sinking.

27. Wayne Pristinback
    c/o Carline Geismar Fleet, Inc.
    Mile 182 LMR
    Geismar, LA
    Fact witness to testify regarding the condition and tow of the MG-332 and MGR-39 and the placement of the barges in St. John's Fleet.

28. Hoyt Savoie
    149 Ursula Dr.
    Avondale, LA 70094
    Fact Witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

29. Virgil Spells
    M/GT Service, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002

30. Tom Terrell
    M/GT Service, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 70002

31. Brandon Underwood
    Address not known at this time
    Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

32. Any witness named by any other party to this litigation.

M/GT Services, Inc. reserves its right to supplement and/or amend this witness list before the trial of this matter.

## **EXHIBIT LIST**

1. Certificate of Insurance regarding coverage for St. John Fleeting
2. Climatological Data from the National Climatic Data Center
3. Contract of Affreightment dated December 4, 1998
4. Invoices, canceled checks and expense sheets regarding the salvage of the barges
5. Invoices regarding salvage of the cargo
6. Insurance Policy covering St. John Fleeting
7. Photographs of the MG-332 and the MGR-39
8. Report of Salvage Operations and Damage Survey dated July 30, 1999
9. Repair records regarding the MG-332 and the MGR-39
10. United States Coast Guard Report of Accident dated June 26, 1999
11. United States Coast Guard Report – FOIA 00-1072
12. Vessel logs from the CSS ARKANSAS
13. Vessel logs from the ST. CHARLES, LAFOURCHE AND ST. JOHN
14. Vessel logs for the M/V CHARLIE BOY
15. Invoices and repair records for the MG332 prior to the sinking
16. Recorded Statements of Allen Penton, Kevin O'Daniels, Benjamin Nolan, William Mobley and Raymond Boudreaux
17. MG332 Trip History Reports
18. Survey Reports / Records of Helmrich & Associates
19. Survey Reports / Records of Kroll Marine Surveyors Inc.
20. M/G Barge Draft Table
21. Barge Tonnage Tables
22. Tonnage Certificates for the MG332 and MGR39
23. Diagrams/ Drawings/Blueprints of the MG332 and MGR39
24. Barge Model

25. Southern Scrap Off-take Survey
26. Turn Service Repair Records for the MG332
27. Professional Marine's Barge worksheets for the MG332 and MGR39
28. Cleanliness Certificates for the MG332 and MGR39
29. Displacement Surveys for the MG332 and MGR39
30. All documents / records of Professional Marine Surveyors
31. Dispatch logs
32. In/Out Sheets
33. Towage certificate
34. Expert Report and Calculations of Arthur Darden
35. Fleet Diagram
36. All survey reports regarding the barges MG332 and MGR39
37. All maintenance and repair records for the barge MG332
38. All weather data for the time period that barges were at the St. John Fleet
39. Army Corp of Engineers Map of Mississippi River
40. M/G Claim file for the MG332 and MGR39
41. Merrill Marine Salvage Plan
42. Wayne Coxe's handwritten notes from preloading barge inspection
43. Professional Marine's barge calculation printouts for the MG332 and MGR39
44. Cooper T./Smith Stevedoring Stowage Plan
45. Cooper T. Smith Barge List
46. Kenny Jones handwritten barge notes for the MG332 and MGR39
47. Service Contract between CII Carbon and Professional Marine Surveyors dated Dec. 24, 1998
48. Fleeting and Harbor Operations Manual by John P. Colletti
49. American Waterways Operators- Responsible Carriers Program-Recommended Practices and Standards
50. Any and all exhibits listed by any other party.

M/GT Services, Inc. reserves its right to supplement and/or amend its Exhibit List prior to the trial of this matter.

> Respectfully submitted,
>
> GEORGE J. NALLEY, JR.
> A Professional Law Corporation
>
> *[signatures]*
>
> GEORGE J. NALLEY, JR., T.A.   (9883)
> CHRISTOPHER J. STAHULAK   (27094)
> Heritage Plaza - Suite 920
> 111 Veterans Memorial Blvd.
> Metairie, LA  70005
> (504) 838-8188
> Attorneys for M/G-T Services, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of July, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

*[signature]*
GEORGE J. NALLEY, JR, APLC

9