FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 19 PM 3: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. * | |
| * | CIVIL ACTION NO. 00-0130 |
| VERSUS * | SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, * | |
| ST. JOHN FLEETING, INC., *in personam*, * | |
| ST. JOHN FLEETING, L.L.C., *in personam*, * | |
| ABC INSURANCE COMPANY, *in personam*, * | |
| AND * | |
| XYZ INSURANCE COMPANY, *in personam* * | |

* * * * * * * * * * * * * * * * * * * * * * *

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Travelers Property Casualty ("Travelers") and CII Carbon, L.L.C. ("CII"), and hereby submit the following list of witnesses and exhibits that it may use at the trial of this matter.

### WITNESS LIST

1.   Kasey Bowen;

2.   Allen Penton;

___Fee____
___Process__
_X_ Dktd___
___CtRmDep__
___Doc.No.__

1

3.  Robert Freeman;

4.  Hoyt Savoie;

5.  Wilmar Bastillo;

6.  Brandon Underwood;

7.  Omar Craighead;

8.  John Abadie;

9.  Raymond Boudreaux;

10. Arthur D. Darden;

11. Drew Detillier;

12. Jay Grymes, III;

13. Michael Jackson;

14. James Johnson;

15. Kenny Jones;

16. William Mobley;

17. Benjamin Noland;

18. Kevin O'Daniels;

19. David Kroll;

20. Virgil Spells;

21. Kevin Jennings;

22. Jim Jarvis;

23. Tom Terrell;

24. Shawn O'Daniels;

25. Russell Gaudet;

26. Chris Bennett;

27. Jack Lordo;

28. Hjalmar E. Breit, II;

29. Conrad Breit;

30. Ken Helmrich;

31. Robert Doolittle;

32. R. Wayne Coxe;

33. Roddy Hurst;

34. Larry Taylor;

35. Michael Alessi;

36. Bill Doyle;

37. Frank Morton and/or Representative of Turn Services, Inc.;

38. David Chewning;

39. Wayne Pristinback;

40. Jeff Kindl;

41. John Cordero;

42. Keith Metcalf;

43.     Representative of Cooper/T. Smith Stevedoring Co., Inc.

## **EXHIBIT LIST**

1.      Contract of Affreightment between CII Carbon, L.L.C. and MGT Services, Inc.;

2.      Invoices, cancelled checks, and other documents demonstrating payment from Travelers to CII Carbon, L.L.C. for the loss of cargo and other related expenses;

3.      Travelers Marine Ocean Cargo Insurance Policy;

4.      Any and all insurance policies covering St. John Fleeting, Inc., MGT Services, Inc., Professional Marine Surveyors & Consultants, and Cooper/T. Smith Stevedoring Company, Inc.;

5.      Photographs and/or diagrams of the MG-332 and MGR-39;

6.      General arrangement diagram of the MG-332;

7.      Vessel logs for the vessels used in the St. John Fleet;

8.      All maintenance and/or service records and/or notes regarding the repairs to the barge MG-332 prior to and subsequent to June 26, 1999;

9.      All survey, inspection, and/or condition reports, records and/or notes regarding of the MG-332 and MGR-39.;

10.     All documents related to the loading of the barges MG-332 and MGR-39;

11.     Any and all pre-loading and post-loading survey reports concerning the barges MG-332 and MGR-39;

12. Any and all survey reports, expert reports, records, and/or notes of K.P. Helmrich & Associates;

13. Any and all survey reports, expert reports, records, and/or notes of Kroll Marine Surveying, Inc.;

14. Any and all survey reports, expert reports, records, and/or notes of James Johnson and/or Merrill Marine Services;

15. Any and all survey reports, expert reports, records, and/or notes of Breit Marine Surveyors;

16. Any and all survey reports, expert reports, records, and/or notes of Arthur Darden;

17. The service contract between CII Carbon, L.L.C. and Professional Marine Surveyors & Consultants;

18. Certificate of Cleanliness of the MG-332 and MGR-39 done by R. Wayne Coxe of Professional Marine Surveyors & Consultants;

19. Tonnage Certificate from Professional Marine Surveyors & Consultants;

20. Stowage Plan from Cooper/T. Smith Stevedoring Company, Inc.;

21. Barge list from Cooper/T. Smith Stevedoring Company, Inc.;

22. Any and all draft and/or weight calculations for the barges MG-332 and MGR-39;

23. Any and all invoices and/or receipts regarding the purchase, shipping, loading, and sale of the lost petroleum coke cargo;

24. Any and all investigative reports and/or incident reports, including, but not limited to, the United States Coast Guard Reports and MGT Services' incident reports;

25. Diagram of the St. John Fleet;

26. Any and all contracts between CII Carbon, L.L.C. and Kuwait Petroleum Company related to the purchase of the petroleum coke;

27. Any and all documents related to salvage of barges MG332 and MGR-39;

28. Barge movement records for MG 332;

29. Climatology reports;

30. Vessel logs from CSS ARKANSAS;

31. Vessel logs from M/V CHARLIE BOY;

32. Trip history records regarding MG 332;

33. Recorded statements of any and all witnesses;

34. Dispatch logs;

35. Any and all records of Cooper/T. Smith Stevedoring Company, Inc. regarding loading of MG332 and MGR 39;

36. Any and all documents produced by any party in written discovery responses;

37. Any and all depositions;

38. Any and all documents listed or introduced by any other parties;

39. Blow-ups of any of the above exhibits.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD,
REBOUL & KUTCHER, LLP**

By: _____
**RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JASON P. FOOTE (Bar No. 25050)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorneys for Plaintiffs,
Travelers Property Casualty
and CII Carbon, L.L.C.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 19th day of July, 2001, served a copy of the foregoing pleading on counsel for all parties, by "hand delivery in open court".

_____
JASON P. FOOTE

7