FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 20 PM 4: 59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : :

## SUPPLEMENTAL MEMORANDUM IN SUPPORT
## OF MOTION FOR EXTENSION OF TIME WITHIN
## WHICH TO PROVIDE EXPERT REPORTS

MAY IT PLEASE THE COURT:

St. John Fleeting, Inc. ("St. John") recently filed a Motion for Extension of Time Within Which to Provide Expert Reports. This defendant respectfully requested an additional 14 days within which to provide its expert reports which were due by order of this Court on July 19, 2001.

On July 17, 2001, counsel for St. John contacted counsel for all parties requesting whether there were any objections to extending the deadline for St. John to provide expert reports. All counsel, but one, agreed to the extension. Counsel for M/G-T Services, Inc. ("M/G") could not be reached on July 17, and on July 18, counsel for M/G indicated that he would have to consult with his client and advise further. Accordingly, St. John filed the subject motion contradictorily. Nothing was

heard from counsel for M/G on July 19, and on July 20, during the telephone status conference with this Honorable Court, counsel for M/G expressed its objection to the extension of the expert deadline.

Counsel for M/G has expressed no basis for objecting to the request for extension other than it objects and there has been a previous expert report deadline in February 2001, which was upset and extended due to the re-assignment of the trial date. St. John respectfully submits that there is no prejudice to M/G, nor any other party by a brief extension of the expert report deadline. More than sufficient time exists for depositions of experts, should any party desire. Additionally, all of the parties have been aware that St. John intended to introduce expert testimony and it listed generic types of experts on its previously submitted witness lists. St. John has also listed specifically the names of its experts in its witness list due on July 19, 2001. The supplemental witness list designating the identities of its experts was filed by St. John on July 18, 2001. M/G simply has no basis with which to submit an objection of merit to a brief extension of time within which to submit expert reports.

St. John alternatively respectfully submits that since M/G did not voice its objection until July 20, 2001, that St. John be allowed until the next working day, July 23, 2001, to submit its expert reports. In fact, counsel for St. John has contacted its experts and has confirmed that expert reports (which may require supplementation) can be obtained and provided to all counsel by close of business on July 23, 2001. This would result in only a very brief extension of two working days beyond the previously imposed deadline of July 19, within which to forward expert reports to all counsel. Certainly, no party could claim prejudice or voice any objection of merit to such a brief extension of the expert report deadline.

Accordingly, St. John respectfully requests that this Honorable Court extend the deadline for the submission of expert reports by St. John Fleeting, Inc. from July 19, 2001, to August 2, 2001, or alternatively, to July 23, 2001.

Respectfully Submitted;

STAINES & EPPLING

*[signature: Anthony J. Staines]*

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[X] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 20 day of July 2001.

*[signature: Anthony J. Staines]*