U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2001 JUL 12 PM 4:07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. * | |
| * | CIVIL ACTION NO. 00-0130 |
| VERSUS * | |
| * | SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* * | MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* * | |
| ST. JOHN FLEETING, INC., *in personam,* * | |
| ST. JOHN FLEETING, L.L.C., *in personam,* * | |
| ABC INSURANCE COMPANY, *in personam,* * | |
| AND * | |
| XYZ INSURANCE COMPANY, *in personam* * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED EX PARTE MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Travelers Property Casualty ("Travelers") and CII Carbon, L.L.C. ("CII"), who move this Honorable Court for leave to allow them to amend their Verified Complaint For Damages so that they may add necessary parties as defendants in this matter. The necessity of adding these parties as defendants was revealed during recent discovery, as well in response to the counterclaim filed on behalf of MGT Services, Inc.

DATE OF ENTRY
JUL 23 2001

Fee ___
Process ___
X/Dkd ___
CtRmDep ___
Doc.No. ___

1

Counsel for Travelers and CII have contacted counsel for all of the defendants who have voiced no opposition to this motion.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JASON P. FOOTE (Bar No. 25050)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorneys for Plaintiffs,
Travelers Property Casualty
and CII Carbon, L.L.C.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of July, 2001, served a copy of the foregoing pleading on counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

_____
JASON P. FOOTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C. | * |
| VERSUS | * CIVIL ACTION NO. 00-0130 |
| | * SECTION "L" |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem* | * MAGISTRATE (2) |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam*, | * |
| | * |
| ST. JOHN FLEETING, INC., *in personam*, | * |
| ST. JOHN FLEETING, L.L.C., *in personam*, | * |
| ABC INSURANCE COMPANY, *in personam*, | * |
| AND | * |
| XYZ INSURANCE COMPANY, *in personam* | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF COMPLIANCE WITH ULLR 7.6E

This is to certify that the undersigned consulted with all counsel of record and obtained each of their consent to file this Unopposed Ex Parte Motion for Leave to File Amended Complaint for Damages.

Metairie, Louisiana, this 11Th day of July, 2001.

1

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD,
REBOUL & KUTCHER, LLP**

By: _____
RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JASON P. FOOTE (Bar No. 25050)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorneys for Plaintiffs,
Travelers Property Casualty
and CII Carbon, L.L.C.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.** | * | |
| | * | CIVIL ACTION NO.  00-0130 |
| **VERSUS** | | |
| | * | SECTION "L" |
| **THE MG-332 AND MGR-39,** her engines, tackles, boilers, furniture, apparel, etc., *in rem* | * | MAGISTRATE (2) |
| **MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC.** *in personam,* | *   * | |
| **ST. JOHN FLEETING, INC.,** *in personam,* | * | |
| **ST. JOHN FLEETING, L.L.C.,** *in personam,* | * | |
| **ABC INSURANCE COMPANY,** *in personam,* | * | |
| **AND** | * | |
| **XYZ INSURANCE COMPANY,** *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Upon considering the Unopposed Ex Parte Motion for Leave to File Amended Complaint for Damages brought by the plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C.:

4

**IT IS HEREBY ORDERED** that the plaintiffs', Travelers Property Casualty's and CII Carbon, L.L.C.'s, Motion for Leave to File Amended Complaint for Damages is hereby GRANTED and the Amended Complaint for Damages be filed.

New Orleans, Louisiana, this 20 day of July, 2001.

UNITED STATES JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY<br>AND CII CARBON, L.L.C. | * | |
| | * | CIVIL ACTION NO.  00-0130 |
| VERSUS | | |
| | * | SECTION "L" |
| THE MG-332 AND MGR-39, her engines,<br>tackles, boilers, furniture, apparel, etc., *in rem* | * | MAGISTRATE (2) |
| | | |
| MGT SERVICES, INC. d/b/a MGT TRANSPORT<br>SERVICES, INC., d/b/a MGT-T SERVICES, INC.<br>*in personam*, | *<br><br>* | |
| ST. JOHN FLEETING, INC., *in personam*, | * | |
| ST. JOHN FLEETING, L.L.C., *in personam*, | * | |
| ABC INSURANCE COMPANY, *in personam*, | * | |
| AND | * | |
| XYZ INSURANCE COMPANY, *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * *

## AMENDED COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Travelers Property Casualty ("Travelers") and CII Carbon, L.L.C. ("CII"), who, amend their verified Complaint for Damages as follows:

I.

Travelers and CII reassert all of their allegations contained in the Verified Complaint for Damages and in the first Amended Complaint for Damages as if restated herein *in extenso*.

1

II.

Travelers and CII supplement and amend their Verified Complaint for Damages and first Amended Complaint for Damages by adding the following allegations, numbered as shown:

5(c).

Cooper/T. Smith Stevedoring Company, Inc. is a domestic corporation authorized to do and doing business in the State of Louisiana, and in the Eastern District of Louisiana at all pertinent times hereto.

14(b).

Cooper/T. Smith Stevedoring Company, Inc. was responsible for the loading of the barges MG 332 and MGR 39 on or about June 19-23, 1999, while the barges were located at Darrow, Louisiana.

14(c).

Petitioners aver that the barges MG-332 and MGR-39 were *not* overloaded, but if it is determined that the barges were overloaded, then the overloading was a proximate cause of the barges' sinking, and Cooper/T. Smith Stevedoring Company, Inc. and/or Professional Marie Surveyors, R. Wayne Coxe and/or Roddy Hurst are liable for overloading the barges and for all damages sustained by Travelers and CII.

14(d).

Cooper/T. Smith Stevedoring Company, Inc. is also further liable to CII for the amount of all damages recoverable by MGT Services, Inc. in any counterclaims against CII for damages to the MG-332 and MGR-39 as a result of the overloading and subsequent sinking of the barges, should said barges be determined at a trial of this matter to have been overloaded.

2

25.

All of the damages sustained by Travelers, both as subrogee of CII and in its own capacity, and the uninsured losses sustained by CII, were proximately, legally and directly caused by the negligence of the defendants, the MG-332 and MGR-39 *in rem*, MGT, St. John, Professional Marine Surveyors & Consultants, R. Wayne Coxe, Roddy Hurst, and/or Cooper/T. Smith Stevedoring Company, Inc.

28.

As a result of MGT's, St. John's, Professional Marine Surveyors & Consultants, R. Wayne Coxe's, Roddy Hurst's, the MG-332 and MGR-39, and Cooper/T. Smith Stevedoring Company, Inc.'s acts of negligence, breach of the contract of afreightment, and breach of the applied warranty of seaworthiness, MGT, St. John, Professional Marine Surveyors & Consultants, R. Wayne Coxe or Roddy Hurst, the MG-332 and MGR-39, and/or Cooper/T. Smith Stevedoring Company, Inc. are liable to Travelers, as subrogee of CII and in its own capacity, for $242,559.23 in damages.

29.

As a result of MGT's, St. John's, Professional Marine Surveyors & Consultants, R. Wayne Coxe's, Roddy Hurst's, the MG-332 and MGR-39's and Cooper/T. Smith Stevedoring Company, Inc.'s acts of negligence, breach of the contract of afreightment, the breach of the implied warranty of seaworthiness, MGT, St. John, Professional Marine Surveyors & Consultants, R. Wayne Coxe, Roddy Hurst, the MG-332 and MGR-39 and/or Cooper/T. Smith

Stevedoring Company, Inc. are liable to CII for the additional uninsured losses of $25,000.00 sustained by CII which represents the CII's deductible under the Travelers policy.

III.

Travelers and CII supplement and amend their original prayer contained in the Verified Complaint for Damages:

**WHEREFORE**, the plaintiffs pray that judgment be entered in favor of Travelers Property Casualty in the amount of $242,559.23 and in favor of CII Carbon, L.L.C. in the amount of $25,000.00, and for any and all sums paid by CII for services that were to be rendered under the contract of affreightment, as well as any expenses incurred in connection with the damage to CII's cargo and the cost of recovering such cargo, against the MG-332 and MGR-39, in rem, MGT Services, Inc. d/b/a M/G Transport Services, Inc., d/b/a M/G-T Services, Inc., St. John Fleeting, Inc., St. John Fleeting, L.L.C., Professional Marine Surveyors and Consultants, R. Wayne Coxe, and Roddy Hurst, ABC Insurance Company, and XYZ Insurance Company, together with all interest, costs and attorneys fees, and that plaintiffs be awarded all such other relief as they may be entitled to receive, and that the counter claim of MGT Services, Inc. be denied and dismissed with prejudice at the cost of MGT Services, Inc., and, in the alternative, if judgment is rendered in favor of MGT Services, Inc. against CII, then, and in that event, there be judgment in favor of CII and against Cooper/T. Smith Stevedoring Company, Inc. for all sums and damages sustained by CII and for all sums CII is cast to pay to MGT Services, Inc.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
RICHARD A. CHOPIN, T.A. (Bar No. 4088)
JASON P. FOOTE (Bar No. 25050)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, LA 70002-1752
(504) 830-3838
**Attorneys for Plaintiffs,
Travelers Property Casualty
and CII Carbon, L.L.C.**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of July, 2001, served a copy of the foregoing pleading on counsel for all parties, by mailing same by United States Mail, properly addressed, and first class postage prepaid.

_____
JASON P. FOOTE

5