**MINUTE ENTRY**
**FALLON, J.**
**JULY 20, 2001**



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 · A II: 35

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY, ET AL          CIVIL ACTION

VERSUS                                       NUMBER 00-130

MG-332 BARGE, ET AL.                         SECTION "L" (2)

A telephone status conference was held in the above captioned matter on this date at 8:30 a.m. Participating were Anthony Staines for St. John Fleeting, Inc., Mike McMahon for Professional Marine Surveyors, Jason Foote for the Plaintiffs and Chris Stahulak for MGT Services, Inc.

The Court stated that the October 9, 2001 trial date is firm and will be enforced. Considering the trial date and the prior continuances in this case, Travelers Property Casualty's Motion to Amend the Complaint for Damages is DENIED.

Also pending before the Court is St. John's Fleeting, Inc.'s motion for extension of time to provide expert reports. The parties are directed to confer on this motion and to advise the Court by Monday, July 23, 2001 if there is any objection to the motion

DATE OF ENTRY
JUL 2 3 2001