```
                                            FILED
                                      U.S. DISTRICT COURT
         UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA

         EASTERN DISTRICT OF LOUISIANA  2001 JUL 23 PM 4: 37

                                            LORETTA G. WHYTE
                                                CLERK
```

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0130 |
| THE MG-332 AND MGR-39, her engines, tackle, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT d/b/a MGT-T SERVICES, INC., *in personam*, ST. JOHN FLEETING, INC., *in personam*, ST. JOHN FLEETING, LLC, *in personam*, ABC INSURANCE COMPANY, *in personam*, and XYZ INSURANCE COMPANY, *in personam* | * * * * | SECTION "L"(2) JUDGE FALLON MAG. WILKINSON |

\* \* \* \* \* \* \* \* \*

## EXHIBIT LIST

NOW INTO COURT, through undersigned counsel comes **Professional Marine Surveyors & Consultants, Inc., R. Wayne Coxe and Roddy Hurst,** who hereby submits the following list of exhibits which may be used at the trial of this matter.

1. Climatological data from the National Climatic Data Center;

2. Contract of Affreightment dated December 4, 1998;

3. Photographs of the MG-332 and MGR-39;

4. Report of Salvage Operations and Damage Survey dated July 30, 1999;

5. Repair records regarding the MG-332 and MGR-39;

6. United States Coast Guard Report of Accident dated June 26, 1999;



7. United States Coast Guard Report - FOIA 00-1072;

8. Vessel logs from the CSS ARKANSAS;

9. Vessel logs from the ST. CHARLES, LAFOURCHE AND ST. JOHN;

10. Vessel logs for the M/V CHARLIE BOY;

11. Invoices and repair records for the MG-332 prior to the sinking;

12. Recorded statements of Allen Penton, Kevin O'Daniels, Benjamin Nolan, William Mobley and Raymond Boudreaux;

13. MG-332 Trip History Reports;

14. Survey reports/records of Helmrich & Associates;

15. Survey reports/records of Kroll Marine Surveyors, Inc.;

16. M/G Barge draft table;

17. Barge tonnage tables;

18. Tonnage Certificates for the MG-332 and MGR-39;

19. Diagrams/drawings/blueprints of the MG–332 and MGR-39;

20. Southern Scrap off-take survey;

21. Turn Services repair records for the MG-332;

22. Professional Marine's barge worksheets for the MG-332 and MGR-39;

23. Cleanliness Certificates for the MG-332 and MGR-39;

24. Displacement surveyors for the MG-332 and MGR-39;

25. All documents/records of Professional Marine Surveyors;

26. Dispatch logs;

27. In/out sheets;

28. Towage Certificate;

29. Expert report and calculations of Arthur Darden;

30. Fleet diagram;

31. All survey reports regarding the barges MG-332 and MG-39;

32. All maintenance and repair records for the Barge MG-332;

33. All weather data for the time period that barges were at the St. John Fleet;

34. Army Corps of Engineers' map of Mississippi River;

35. M/G claim file for the MG-332 and MGR-39;

36. Wayne Coxe's handwritten notes from pre-loading barge inspection;

37. Professional Marine's barge calculation printouts for the MG-332 and MRG-39;

38. Cooper T/Smith Stevedoring Stowage Plan;

39. Cooper T/Smith barge list;

40. Kenny Jones handwritten barges notes for the MG-332 and MGR-39;

41. Service Contract between CII Carbon and Professional Marine Surveyors dated December 24, 1998;

42. Fleeting and Harbor Operations Manual by John P. Colletti;

43. American Waterway Operators Responsible Carriers Program Recommended Practices and Standards;

44. Any document attached to any deposition;

45. Depositions of witnesses unavailable for trial;

46. MGT Services Accident Report;

47. Barge Movement records for Barge MG-332;

48. Daily records of activities, location of Barge MG-332;

49. All documents maintained by Carbon II re: sinking of MG-332;

50. Any and all documents listed by any other party.

Respectfully submitted, July 23, 2001.

EMMETT, COBB, WAITS & KESSENICH

_____
J. FREDRICK KESSENICH (La. 7354)
MICHAEL W. MCMAHON (La. 23987)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Telefax: (504) 581-6020
e-mail: rjw@ecwko.com

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served on all counsel by placing same in the United States Mail, postage prepaid and/or via facsimile and/or by hand, postage prepaid on July 23, 2001.

_____