FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 PM 4: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0130 |
| THE MG-332 AND MGR-39, her engines, tackle, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT d/b/a MGT-T SERVICES, INC., *in personam*, ST. JOHN FLEETING, INC., *in personam*, ST. JOHN FLEETING, LLC, *in personam*, ABC INSURANCE COMPANY, *in personam*, and XYZ INSURANCE COMPANY, *in personam* | * * * * | SECTION "L"(2) JUDGE FALLON MAG. WILKINSON |

\* \* \* \* \* \* \* \* \*

## WITNESS LIST

NOW INTO COURT, through undersigned counsel comes **Professional Marine Surveyors & Consultants, Inc., R. Wayne Coxe and Roddy Hurst,** who hereby submits the following list of witnesses who may be called at the trial of this matter

1. John "Chip" Abadie
   C/O St. John Fleeting, Inc.
   Hwy. 44
   Garyville, LA



    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

2. Wilmar Bastillo
802 Joe Yenni Blvd.
Kenner, LA 70065

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

3. Chris Bennett
c/o St. John Fleeting, Inc.
Hwy. 44
Garyville, LA

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

4. Raymond Boudreaux
c/o St. John Fleeting, Inc.
Hwy. 44
Garyville, LA

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

5. Kasey Bowen
Address unknown at this time

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

6. Omar Craighead
Address unknown at this time

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

7. Richard Wayne Coxe
   7076 Richards Drive
   Baton Rouge, LA 70809

   Re: Fact witness to testify regarding the pre-loading and post-loading surveys of the MG-332 and MGR-39.

8. Arthur D. Darden
   Arthur D. Darden, Inc.
   3200 Ridgelake Dr., Suite 403
   Metairie, LA 70002

   Re: Expert naval architect to testify regarding his evaluation of the barges and the cause of their sinking.

9. Drew Detellier
   c/o St. John Fleeting, Inc.
   Hwy. 44
   Garyville, LA

   Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

10. Robert Freeman
    2001 Cyprus
    Laplace, LA 70068

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

11. Russell Gaudet
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA.

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

12.  Ken Helmrich
     c/o K.P. Helmrich & Associates
     P.O. Box 1574
     Kenner, LA 70063

     Re:  Fac witness to testify regarding surveys of the barges MG-332
          and MGR-39 and salvage of the barges and cargo.

13.  Roddy Hurst
     25177 Arlington Ave.
     Dehnam Springs, LA 70726

     Re:  Fact witness to testify regarding the post-loading surveys of the
          MG-332 and MGR-39.

14.  Michael Jackson
     Director of Administrative Services, M/GT Services, Inc.
     7000 Midland Blvd.
     Cincinnati, OH 45201

     Re:  Fact witness t testify regarding the tow of the MG-332 and
          MGR-39, their sinking, salvage, subsequent repairs and damages.

15.  Jim Jarvis
     c/o M/GT Services, Inc.
     3838 N. Causeway Blvd., Suite 3080
     Metairie, LA 70002

     Re:  Fact witness to testify regarding the two of the MG-332 and
          MGR-39, condition fo the barges prior to their sinking,
          notification of the sinking, salvage of the barges and cargo and
          subsequent repairs.

16.  Kevin Jennings
     c/o M/GT Services, Inc.
     3838 N. Causeway Blvd., Ste. 3080
     Metairie, LA 70002

     Re:  Fact witness to testify regarding the contract of affreightment,
          tow of MG-332 and MGR-39, condition of the barges prior to

       their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

17.  James Johnson
   Merrill Marine Surveyors
   11722 Studt Ave.
   St. Louis, MO 63141

    Re:  Expert marine surveyor to testify regarding surveys of the barges MG-332 and MGR-39, salvage of the barges and cargo and causation of sinking.

18.  Kenny Jones
   Barge Maintenance Foreperson, M/GT Service, Inc.
   3838 N. Causeway Blvd., Suite 3080
   Metairie, LA 70002

    Re:  Fact witness to testify regarding the two of MG-332 and MGR-39, condition of the barges prior to their sinking, notification of the sinking, salvage of the barges and cargo and subsequent repairs.

19.  David L. Kroll
   106 Sherwood Forest Dr.
   New Orleans, LA 70119

    Re:  To testify regarding survey of the barges, MG-332 and MGR-39, salvage of the barges and cause of the sinking.

20.  Jack Lordo
   President, M/G Transport Services, Inc.
   7000 Midland Blvd.
   Amelia, OH 45201

    Re:  Fact witness to testify regarding practices and policies of M/G Transport Services, Inc. and facts surrounding the sinking of the MG-332 and MGR-39.

21. William Mobley
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

22. Frank Morton or other representatives of Turn Services
    208 Elmwood Drive
    Pearl River, LA 70454

    Re: Fact witness to testify to repairs and cleaning of the MG-332 prior to its sinking.

23. Benjamin Nolan
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

24. Kevin O'Daniels
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA.

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

25. Shawn O'Daniels
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA.

    Re: Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking

26. Allen Penton
    c/o St. John Fleeting, Inc.
    Hwy. 44
    Garyville, LA.

    Re:  Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking

27. Wayne Pristinback
    c/o Carline Geismar Fleet, Inc.
    Mile 182 LMR
    Geismar, LA

    Re:  Fact witness to testify regarding the condition and tow of th MG-332 and MGR-39 and the placement of the barges in St. John's Fleet.

28. Hoyt Savoie
    149 Ursula Dr.
    Avondale, LA 70094

    Re:  Fact witness to testify regarding the condition of the MG-332 and MGR-39 and events surrounding their sinking.

29. Tom Terrell
    M/GT Service, Inc.
    3838 N. Causeway Blvd., Suite 3080
    Metairie, LA 7002

30. Brandon Underwood
    Address unknown at this time

    Re:  Fact witness to testify regarding the condition fo the MG-332 and MGR-39 and events surrounding their sinking.

31. Rose McNally
    Professional Marine Surveyors

    Re:  Business operation of Professional Marine.

32. Billy Doyle

    Re:   Contract between Carbon and Professional Marine

33. Representative of Cooper/T. Smith, Inc.

34. Representative of CII Carbon, Inc.

35. Any witness listed by any other party.

Respectfully submitted, July 23, 2001.

EMMETT, COBB, WAITS & KESSENICH

_____
J. FREDRICK KESSENICH (La. 7354)
MICHAEL W. MCMAHON (La. 23987)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Telefax: (504) 581-6020
e-mail: rjw@ecwko.com

### CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served on all counsel by placing same in the United States Mail, postage prepaid and/or via facsimile and/or by hand, postage prepaid on July 23, 2001.