```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 JUL 24 AM 11:58

                                               LORETTA G. WHYTE
                                                     CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY AND CII CARBON, L.L.C.* | CIVIL ACTION<br>NUMBER 00-0130 |
| VERSUS | SECTION "L" (2) |
| THE MG-332 AND MGR-39, her engines, tackles, boilers, furniture, apparel, etc., *in rem*, MGT SERVICES, INC. d/b/a MGT TRANSPORT SERVICES, INC., d/b/a MGT-T SERVICES, INC. *in personam,* ST. JOHN FLEETING, INC., ST. JOHN FLEETING, L.L.C., ABC INSURANCE COMPANY, AND XYZ INSURANCE COMPANY | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM BY M/G TRANSPORT SERVICES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY WAYNE COXE, RODDY HURST AND PROFESSIONAL MARINE SURVEYOR AND CONSULTANTS

NOW INTO COURT, through undersigned counsel, comes M/G Transport Services, Inc. who opposes the pending Motion for Summary Judgment by the surveyors for the same reasons set forth by St. John in its recently filed memorandum in opposition. Accordingly, M/G adopts the arguments set forth therein, rather than reiterating them again to the Court. M/G respectfully notes that the testimony of the surveyors themselves as to what they observed and then their delay in reporting such to CII in and of itself creates factual issues to be resolved at the trial, and accordingly defeats the pending motion.

Respectfully submitted,

GEORGE J. NALLEY, JR.
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR.          (9883)
CHRISTOPHER J. STAHULAK        (27094)
Heritage Plaza - Suite 920
111 Veterans Memorial Blvd.
Metairie, LA  70005
(504) 838-8188

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of July, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
GEORGE J. NALLEY, JR., APLC