MINUTE ENTRY
FALLON, J.
JULY 23, 2001



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

To facilitate continued progress in the above-captioned case, IT IS ORDERED that a telephone status conference SHALL BE held on THURSDAY, JULY 26, 2001 at 9:30 a.m.

DATE OF ENTRY
JUL 2 4 2001