```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 JUL 24 PM 2:24

                               LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0130 |
| **THE MG-332 AND MGR-39,** her engines, tackle, boilers, furniture, apparel, etc., *in rem,* **MGT SERVICES, INC.** d/b/a **MGT TRANSPORT** d/b/a **MGT-T SERVICES, INC.,** *in personam,* **ST. JOHN FLEETING, INC.,** *in personam,* **ST. JOHN FLEETING, LLC,** *in personam,* **ABC INSURANCE COMPANY,** *in personam,* and **XYZ INSURANCE COMPANY,** *in personam* | *<br>*<br>*<br>*<br>* | SECTION "L"(2)<br>JUDGE FALLON<br>MAG. WILKINSON |

\* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes Professional Marine, Wayne Coxe and Roddy Hurst, who move for leave of Court to file a Supplemental Memorandum in Support of its Motion for Summary Judgment, all as is more fully set forth in the attached memorandum in support.

DATE OF ENTRY
JUL 2 6 2001

Fee ___
Process ___
X Dktd ___
___ CtRmDep
Doc.No. ___

Respectfully submitted, July 24, 2001.

EMMETT, COBB, WAITS & KESSENICH

_____
J. FREDRICK KESSENICH (La. 7345)
MICHAEL W. MCMAHON (La. 23987)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Telefax: (504) 581-6020
E-mail: rjw@ecwko.com

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served on all counsel by placing same in the United States Mail, postage prepaid and/or via facsimile and/or by hand, postage prepaid on July 24, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0130 |
| **THE MG-332 AND MGR-39**, her engines, tackle, boilers, furniture, apparel, etc., in rem, **MGT SERVICES, INC.** d/b/a **MGT TRANSPORT** d/b/a **MGT-T SERVICES, INC.**, in personam, | * | SECTION "L"(2) |
| | * | JUDGE FALLON |
| **ST. JOHN FLEETING, INC.**, in personam, **ST. JOHN FLEETING, LLC**, in personam, | * | MAG. WILKINSON |
| **ABC INSURANCE COMPANY**, in personam, and **XYZ INSURANCE COMPANY**, in personam | * | |
| *   *   *   *   *   *   *   * | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT;**

Professional Marine requests leave to file a supplemental memorandum to address the argument of opponents which are not supported by evidence and fail to demonstrate Professional Marine's breached a duty owed to Carbon which contributed to the sinking of the MG-332.

EMMETT, COBB, WAITS & KESSENICH

_____
J. FREDRICK KESSENICH (La. 7345)
MICHAEL W. MCMAHON (La. 23987)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Telefax: (504) 581-6020
E-mail: rjw@ecwko.com

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served on all counsel by placing same in the United States Mail, postage prepaid and/or via facsimile and/or by hand, postage prepaid on July 24, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0130 |
| **THE MG-332 AND MGR-39, her engines, tackle, boilers, furniture, apparel, etc., in rem, MGT SERVICES, INC. d/b/a MGT TRANSPORT d/b/a MGT-T SERVICES, INC., in personam, ST. JOHN FLEETING, INC., in personam, ST. JOHN FLEETING, LLC, in personam, ABC INSURANCE COMPANY, in personam, and XYZ INSURANCE COMPANY, in personam** | * * * | SECTION "L"(2) JUDGE FALLON MAG. WILKINSON |

\* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing motion of Professional Marine, Wayne Coxe and Roddy Hurst for Leave of Court to File a Supplemental Memorandum in Support of Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that Professional Marine, Wayne Coxe and Roddy Hurst be and is hereby granted leave of court to file the said Supplemental Memorandum.

New Orleans, Louisiana, this 25 day of July, 2001.

_____
JUDGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TRAVELERS PROPERTY CASUALTY AND CII CARBON, LLC** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0130** |
| **THE MG-332 AND MGR-39**, her engines, tackle, boilers, furniture, apparel, etc., *in rem,* **MGT SERVICES, INC.** d/b/a **MGT TRANSPORT** d/b/a **MGT-T SERVICES, INC.**, *in personam,* | * | **SECTION "L"(2)** |
| | * | **JUDGE FALLON** |
| **ST. JOHN FLEETING, INC.**, *in personam,* **ST. JOHN FLEETING, LLC**, *in personam,* **ABC INSURANCE COMPANY**, *in personam,* and **XYZ INSURANCE COMPANY**, *in personam* | * | **MAG. WILKINSON** |
| | * | |

* * * * * * * * *

## CERTIFICATE REGARDING OPPOSITION

Undersigned counsel requested leave to file the instant motion at a status conference conducted by Judge Fallon on July 20, 2001 at 8:30 a.m. No objection to the instant filing was made by any party.

Respectfully submitted, July 24, 2001.

EMMETT, COBB, WAITS & KESSENICH

_____
J. FREDRICK KESSENICH (La. 7345)
MICHAEL W. MCMAHON (La. 23987)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Telefax: (504) 581-6020
E-mail: rjw@ecwko.com

### CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served on all counsel by placing same in the United States Mail, postage prepaid and/or via facsimile and/or by hand, postage prepaid on July 24, 2001.

_____