FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 26 P 2: 20

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : : : : : :

**MOTION FOR EXPEDITED HEARING**
**WITH INCORPORATED MEMORANDUM IN SUPPORT**

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who respectfully requests an expedited hearing on its Motion for Extension of Time Within Which to Provide Expert Reports as the deadline for the filing of motions is July 19, 2001.

Defendant, St. John Fleeting, Inc., respectfully requests that this Court hear its Motion for Extension of Time to Within Which to Provide Expert Reports on an expedited basis.

DATE OF ENTRY
JUL 26 2001



Respectfully Submitted;

STAINES & EPPLING

ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[x] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 18 day of July 2001.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION

-VERSUS- | NUMBER 00-0130

THE MG-322 and MGR-39, etc., et al. | SECTION L (2)
JUDGE FALLON
MAGISTRATE WILKINSON

: : : : : : : : : : : : : : : : : : : : : : : : : :

**ORDER**

Considering the Motion for Extension of Time Within Which to Provide Expert Reports filed by St. John Fleeting, Inc.;

IT IS ORDERED that the Motion for Extension of Time Within Which to Provide Expert Reports be heard on an expedited basis and be set for hearing on the 26 day of July, 2001, at 9:30 o'clock a.m.

New Orleans, Louisiana, July 26, 2001.

[signature]
UNITED STATES DISTRICT JUDGE