FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 18 PM 4: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : :

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PROVIDE EXPERT REPORTS BY DEFENDANTS

NOW COMES St. John Fleeting, Inc, through undersigned counsel, for purposes of requesting a brief extension of time within which to exchange defense expert reports. Defendants respectfully request an additional 14 days within which to provide expert reports to the parties to this litigation. St. John Fleeting, Inc. respectfully submits that a brief extension to August 2, 2001, will not impede or otherwise affect the advancement of this cause to trial, which is scheduled for October 9, 2001, nor will it adversely affect the parties' preparation for trial. All parties will have ample time within which to conduct discovery of experts following August 2, 2001, and, moreover additional parties are presently being contemplated as being added to this litigation by other parties to the litigation. All parties but one have no objection to the granting of this motion. Defendant,

M/G-T Services, Inc., has not advised whether it opposes the motion, and for this reason, the motion is filed as a contradictory motion.

        Respectfully Submitted;

        STAINES & EPPLING

        */s/ Anthony J. Staines*
        ANTHONY J. STAINES, T.A. (12388)
        3500 No. Causeway Blvd.
        Suite 820
        Metairie, LA 70002
        Telephone: (504) 838-0019
        Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[X] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This _18_ day of _July_ 2001.

*/s/ Anthony J. Staines*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : : :

MEMORANDUM IN SUPPORT OF
MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO PROVIDE EXPERT REPORTS BY DEFENDANTS

MAY IT PLEASE THE COURT:

Defendant, St. John Fleeting, Inc., respectfully requests an additional 14 days within which the defendants may provide expert reports to the parties in this litigation. While St. John Fleeting, Inc. has retained certain experts on its behalf, the experts continue to review information necessary to issue their expert reports. The experts who will issue reports are as follows: Jeff Kindl will issue an expert report regarding St. John Fleeting's fleeting operations; Hjalmar Breit, III will issue a report regarding the integrity of the barge based on his marine survey and experience; Hjalmar Breit, II will issue an expert report regarding the barge's stability and the free surface affect of water; and, John Cordero will issue an expert report regarding weather data. Presently, all experts continue to review

information pertinent to the issuance of their reports. In fact, Mr. Cordero is awaiting information which was recently subpoenaed from Marathon National Petroleum Company regarding weather data maintained at Marathon's facility near the location of the incident forming the basis of this litigation.

The extension requested of two weeks will not impair or in any way adversely affect the progression of this matter to trial. The trial of this matter is scheduled for October 9, 2001, and there is absolutely no impediment to undertaking whatever discovery of experts the parties may require well in advance of trial.

For these reasons, defendant, St. John Fleeting, Inc., requests a brief extension of 14 days within which all defendants will be required to provide their expert reports.

Respectfully Submitted;

STAINES & EPPLING

_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[ ] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This _18_ day of _July_ 2001.

_____

-2-