MINUTE ENTRY
FALLON, J.
JULY 25, 2001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JUL 26 PM 1:43
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

A telephone status conference was held in the above captioned matter on this date at 9:30 a.m. Participating were Anthony Staines for St. John Fleeting, Inc., Mike McMahon for Professional Marine Surveyors, Jason Foote for the Plaintiffs and Chris Stahulak for MGT Services, Inc.

The Court heard argument on St. John Fleeting, Inc.'s motion for extension of time to provide expert reports which was set for hearing on this date. After consideration of the pleadings and the arguments of the parties, the motion of St. John Fleeting, Inc. for extension of time to provide expert reports is DENIED.

DATE OF ENTRY
JUL 2 6 2001

