FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -7 PH 2: 43

LORETTA G. WHYTE
CLERK

COPY IN CHAM___

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : : : :

## MOTION FOR EXPEDITED HEARING
## WITH INCORPORATED MEMORANDUM IN SUPPORT

NOW COMES St. John Fleeting, Inc., through undersigned counsel, who respectfully requests an expedited hearing on its Motion to Permit Testimony of Expert Witnesses as the discovery deadline in this case is August 16, 2001.

Defendant, St. John Fleeting, Inc., respectfully requests that this Court hear its Motion to Permit Testimony of Expert Witnesses on an expedited basis.

DATE OF ENTRY
AUG 0 9 2001

___Fee____
___Process___
_X_ Dktd____
___CtRmDep__
   Doc.No.____

Respectfully Submitted;

STAINES & EPPLING

*[signature]*
_____
ANTHONY J. STAINES, T.A. (12388)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: (504) 838-0019
Counsel for St. John Fleeting, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✓] U.S. Mail
[ ] Hand Delivery
[ ] Fax
[ ] Other

This 7 day of August 2001.

*[signature]*
_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-322 and MGR-39, etc., et al. | SECTION L (2) |

: : : : : : : : : : : : : : : : : : : : : : :

## ORDER

Considering the Motion to Permit Testimony of Expert Witnesses filed by St. John Fleeting, Inc.;

IT IS ORDERED that the Motion to Permit Testimony of Expert Witnesses be ~~heard~~ Submitted on an expedited basis and be set for ~~hearing~~ Submission on the 13 day of August, 2001, at 9 o'clock a.m. without oral argument.

New Orleans, Louisiana, Aug 8, 2001.

_____
UNITED STATES DISTRICT JUDGE