MINUTE ENTRY
FALLON, J.
August 17, 2001

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 17 PM 1:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

Pending before the Court is the Motion to Permit Testimony of Expert Witnesses filed by St. John Fleeting, Inc. The motion came before the Court without oral argument on Monday, August 13, 2001. After considering the pleadings and the applicable law, the Motion is GRANTED to the extent that the Court finds the deadline to produce expert reports was Monday, July 23, 2001.

This case involves the sinking of Barges MG-332 and MGR-39 which contained cargos owned by M/G-T-Services, Inc. ("MGT"). The incident allegedly occurred on June 26, 1999, at a fleeting facility owned by St. John Fleeting, Inc. Both MGT and St. John's Fleeting were named as defendants in this case. Pursuant to this Court's Scheduling Order, the defendant's expert reports were to be delivered to opposing counsel no later than sixty (60) days prior to the final pretrial conference date. The pretrial conference is scheduled for September, 19, 2001. As the sixtieth day prior to the pretrial conference is July 21, 2001, a Saturday, a dispute has arisen as to whether expert reports were to be delivered by Friday, July 20, or Monday July 23, 2001.

Rule 6 (a) of the Federal Rules of Civil Procedure provides that "in computing any period of time . . . by order of court," the last day of a period "shall be included unless it is a Saturday,

DATE OF ENTRY
AUG 17 2001

Sunday or legal holiday . . . in which event the period runs until the end of the next day which is not one of the aforementioned days." In this case, as the defense expert report deadline was July, 21, 2001, a Saturday, the deadline is extended until July 23, 2001. It is the Court's practice to enforce all deadlines if the parties cannot mutually agree to a continuance. However, in this case, the Court is not granting St. John's a continuance, it is merely clarifying the deadline date set forth in the scheduling order. Accordingly, any expert reports delivered to opposing counsel by July 23, 2001 were timely.