UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY, ET AL** | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| **MG-332 BARGE, ET AL.** | SECTION "L" (2) |

### ORDER OF DISMISSAL

The Court having been advised by the United States Magistrate Judge that the above action is settled;

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. The Court retains jurisdiction during the sixty days to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this _18_ day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 1 2001