**MINUTE ENTRY**
**FALLON, J.**
**August 21, 2001**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 22 A 11: 46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-130 |
| MG-332 BARGE, ET AL. | SECTION "L" (2) |

Pending before the Court is the Motion in Limine to Exclude Testimony and Expert Report of Arthur Darden filed by defendant St. John Fleeting, Inc. Having been advised by the United States Magistrate Judge that the above action has settled, the Motion is DENIED as moot.

DATE OF ENTRY
AUG 2 2 2001

147