

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY, et al. | CIVIL ACTION |
| -VERSUS- | NUMBER 00-0130 |
| THE MG-332 and MGR-39, etc., et al. | SECTION L (2)<br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

: : : : : : : : : : : : : : : : : : : :

### JOINT MOTION AND ORDER OF DISMISSAL
### (INCLUDING RESERVATION OF RIGHTS)

On motion of CII Carbon, L.L.C., and Travelers Property Casualty; M/G-T Services, Inc.; St. John Fleeting, Inc.; Commercial Union Assurance Company, PLC, Threadneedle Insurance Company, Ltd., Terra Nova Insurance Company, Ltd., and Atlas Assurance Company, Ltd., each subscribing to Cover Note No. OMP-30791; Wayne Coxe; Roddy Hurst; and, Professional Marine Surveyors and Consultants, appearing herein through their undersigned counsel of record, and upon suggesting to this Honorable Court that the plaintiffs, Travelers Property Casualty and CII Carbon, L.L.C., desire to dismiss their claims in the above-entitled and numbered cause against defendants, M/G-T Services, Inc.; St. John Fleeting, Inc.; Commercial Union Assurance Company, PLC, Threadneedle Insurance Company, Ltd., Terra Nova Insurance Company, Ltd., and Atlas Assurance Company, Ltd., each subscribing to Cove Note No. OMP-30791; Wayne Coxe; Roddy Hurst; and,

DATE OF ENTRY
OCT 1 0 2001

Fee____
Process____
X /Dktd____
CtRmDep____
Doc.No.____

Professional Marine Surveyors and Consultants, with prejudice, for any and all causes of actions plead or which could have been plead in the captioned matter, reserving any and all rights the plaintiffs have against any and all other parties not specifically dismissed herein, each party to bear its own costs; and all defendants likewise desire to dismiss all claims as among each of them, including counterclaims, third-party demands, and cross-claims, with prejudice;

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled and numbered cause be and the same is hereby dismissed, with prejudice, as to all claims between and among CII Carbon, L.L.C.; Travelers Property Casualty; M/G-T Services, Inc.; St. John Fleeting, Inc.; Commercial Union Assurance Company, PLC, Threadneedle Insurance Company, Ltd., Terra Nova Insurance Company, Ltd., and Atlas Assurance Company, Ltd., each subscribing to Cove Note No. OMP-30791; Wayne Coxe; Roddy Hurst; and Professional Marine Surveyors and Consultants, reserving to the plaintiffs any and all rights against any and all other parties not specifically dismissed herein, each party to bear its own costs.

New Orleans, Louisiana, \_\_\_\_Oct 5\_\_\_\_, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted;

| | |
|---|---|
| CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP | GEORGE J. NALLEY, JR. A Professional Law Corporation |
| RICHARD A. CHOPIN, T.A. (4088) JASON P. FOOTE (25050) Two Lakeway Center, Suite 900 3850 No. Causeway Blvd. Metairie, LA 70002 Telephone: 504/830-3838 Counsel for Plaintiffs, CII Carbon, L.L.C. and Travelers Property Casualty | GEORGE J. NALLEY, JR., T.A. (9883) CHRISTOPHER J. STAHULAK (27094) Heritage Plaza, Suite 920 111 Veterans Memorial Blvd. Metairie, LA 70005 Telephone: 504/838-8188 Counsel for M/G-T Services, Inc. |

STAINES & EPPLING

*/s/ Anthony J. Staines/*

ANTHONY J. STAINES, T.A. (12388)
JOHN S. BAIR (25337)
3500 No. Causeway Blvd.
Suite 820
Metairie, LA 70002
Telephone: 504/838-0019
Counsel for St. John Fleeting, Inc. and
Commercial Union Assurance Company, PLC,
Threadneedle Insurance Company, Ltd.,
Terra Nova Insurance Company, Ltd., and
Atlas Assurance Company, Ltd., Each
Subscribing to Cover Note No. OMP-30791


EMMETT, COBB, WAITS & KESSENICH

*/s/ J. Fredrick Kessenich/*

J. FREDRICK KESSENICH, T.A. (7345)
MICHAEL E. McMAHON (23987)
1515 Poydras Street
Suite 1950
New Orleans, LA 70112
Telephone: 504/581-1301
Counsel for Wayne Coxe, Roddy Hurst,
and Professional Marine Surveyors
and Consultants


MICHAEL R. SISTRUNK, T.A. (12111)
CAMPBELL, McCRANIE, SISTRUNK,
ANZELMO & HARDY
3445 No. Causeway Blvd.
Suite 800
Metairie, LA 70002
Telephone: 504/831-0946
Counsel for Commercial Union
Insurance Company

-3-